UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SCOTT E. BELL                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. _____

CITY OF COLUMBIA; COLUMBIA                     {formerly civil cause no.
POLICE DEPARTMENT; CHIEF MIKE                    18cv133AM}
COOPER; OFFICER ADAM KELLY AND
UNKNOWN DEFENDANTS ABC AND XYZ                       DEFENDANTS

# EXHIBIT A

## IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**SCOTT E. BELL**                                                          **PLAINTIFFS**

**vs.**                                                        CAUSE NO. 18cv133 AM

**CITY OF COLUMBIA; COLUMBIA**
**POLICE DEPARTMENT; CHIEF MIKE**
**COOPER; OFFICER ADAM KELLY AND**
**UNKNOWN DEFENDANTS ABC and XYZ**                                  **DEFENDANTS**

FILED
APR 19 2018
JANETTE NOLAN, CIRCUIT CLERK
BY_____D.C.

### COMPLAINT

### JURY TRIAL DEMANDED

Comes now the Plaintiff, Scott E. Bell, by and through his attorney, and hereby files this his

*Complaint* against the Defendants, City of Columbia, Columbia Police Department, Chief Mike

Cooper, Officer Adam Kelly,  and Unknown Defendants ABC and XYZ and would show unto the

Honorable Court the following, to-wit:

### I.  PARTIES

1.      Plaintiff Scott E. Bell is an adult resident citizens of Marion County, Mississippi,

residing at 1202 Pine Court, Columbia, Mississippi, 39429.

2.      That the Co-Defendant, City of Columbia (hereinafter "Columbia") may be served

with process by serving its Clerk, Donna McKenzie, at 201 Second Street, Mississippi 39429, or in

the time and manner otherwise provided by the State of Mississippi and the rules of civil procedure.

3.      That the Co-Defendant, Columbia Police Department (hereinafter "CPD") may be

served with process by serving its current Chief, Michael Kelly, at 205 Second Street, Mississippi

39429, or in the time and manner otherwise provided by the State of Mississippi and the rules of civil

procedure.

4.      That the Co-Defendant, Chief Mike Cooper (hereinafter "Chief Cooper"), the former

This is a True Copy
June    1    20___
JANETTE NOLAN    CIRCUIT CLERK
K. Brown    D.C.

Chief of the Columbia Police Department at all times relevant hereto, may be served with process by serving him at his residence or in the time and manner otherwise provided by the State of Mississippi and the rules of civil procedure.

5.    That the Co-Defendant, Officer Adam Kelly (hereinafter "Kelly") was at all relevant times an officer with the Columbia Police Department and may be served with process by serving him at his residence or in the time and manner otherwise provided by the State of Mississippi and the rules of civil procedure.

6.    Defendants ABC and XYZ are defendants whose identities are unknown at this time. When the identities of these anonymous defendants are known, this Complaint will be amended with their proper names.

## II. JURISDICTION AND VENUE

7.    This Honorable Court has jurisdiction of the parties and the subject matter of this Complaint.

8.    Venue is proper in Marion County pursuant to Mississippi Code Annotated Section 11-11-3, and pursuant to Mississippi law.

9.    The amount in controversy herein exceeds the minimum jurisdictional limits of this Court pursuant to Mississippi Code Annotated § 9-7-81(1972).

## III. BACKGROUND

10.    On or about October 24, 2017, Mr. Bell, a fifty-one (51) year old retired veteran after twenty-seven (27) years of service with the U.S. Navy without blemish, left his parent's residence of 118 C & S Road, Kokomo, Marion County, Mississippi, for his residence of 1202 Pine Court, Columbia,, Marion County, at approximately 10:15 p.m. in his 1970 Chevy C10 classic truck. Exhibit

"A". In route, he was traveling down North Park Avenue near Willow Drive within the city limits of the City of Columbia at a speed well below the speed limit and cautiously avoiding the significant potholes and related debris in an effort to avoid damage to his vehicle. Said roadway has no dividing lines and at the time there was no traffic experienced. Simultaneously, Mr. Bell saw the emergency lights flashing behind him of Officer Kelly's patrol vehicle and Mr. Bell pulled over. Mr. Bell, having experience himself as a law enforcement officer, immediately turned on his hazard lights, retrieved his license, and placed his hands upon the steering wheel.

The Officer turned on his high beams and search light as he got out of his car and approached Mr. Bell's vehicle. The Officer's first verbal contact with Mr. Bell was already in an escalated and agitated tone as he accused Mr. Bell of driving recklessly. Mr. Bell responded in explanation that he was trying to avoid the potholes that existed due to lack of proper maintenance. Mr. Bell asked the Officer if the high beams were necessary as they were reflecting off his mirrors and blinding him. The Officer, in response, slung open Mr. Bell's truck door using profanity and commanding Mr. Bell get out of his vehicle and Mr. Bell acknowledged he would comply, but that the Officer did not have to be rough with his vehicle. Mr. Bell proceeded to unbuckle the lap belt and exit his vehicle when he was struck by the Officer blind-sightedly in his left eye. Mr. Bell does not know what the Officer struck him with as he did not see the strike coming. At no time did Mr. Bell attempt to struggle or resist the officer and in no way behaved in a manner that would suggest he intended to do so.

From that point all Mr. Bell remembers is coming to and lying flat on the pavement with the Officer on top of him with his knee and taser in Mr. Bells back. Mr. Bell suffered injury to his forehead and blood was flowing from his nose and mouth believed to have been caused by his forcibly and uncontrollably coming into blunt force contact with the pavement. The left side of his face was in significant pain. The Officer threatened to taser him if he moved as the Officer called for backup. Mr.

Bell inquired of the Officer what he did to warrant this severity of treatment, but the Officer, responding with more profanity and threats of being tased, commanded he shut up. Upon other officers arriving, Officer Kelly borrowed one of their sets of handcuffs and handcuffed Mr. Bell without a struggle. Officer Kelly got off of Mr. Bell and proceeded to search Mr. Bell's vehicle as an Officer Bass helped Mr. Bell to his feet and took Mr. Bell to his patrol vehicle.

Mr. Bell informed Officer Bass that he needed to go to the hospital as he believed Officer Kelly had "broke" his face. Mr. Bell inquired what was to be done with his dog in his truck and his truck. Officer Bass said he would inquire and let him know. Officer Bass searched Mr. Bell's person and placed Mr. Bell in a patrol vehicle. Officer Bass spoke to Officer Kelly about the vehicle and dog and told Mr. Bell they would be taken care of. Officer Bass took Mr. Bell to Marion General to have the injuries looked over and blood was drawn. However, law enforcement informed medical personnel that it was not necessary that the blood be tested. Mr. Bell's wallet and phone were returned to him by the officers. After a cat-scan, Mr. Bell was given pain medication and informed by Dr. Coleman that due to multiple closed fractures in his face, that Marion General could not treat him, he needed further examination, and Mr. Bell was placed in an ambulance and transported to Forrest General where, after further examination, Mr. Bell was advised to make an appointment with a facial expert and he was subsequently discharged. Exhibit "B" Medical Records and Exhibit "C" Pictures of Injuries.

Despite Mr. Bell's family's efforts to obtain Mr. Bell's dog and truck, the dog was turned over to animal control and the truck towed. Exhibit "D" Animal Control Receipt and Exhibit "E" Tony's Small Engine Receipt.

Despite officers' request that his blood that was drawn at Marion General not be tested for alcohol and controlled substances, Mr. Bell subsequently requested same be tested for intoxicating substances considering the circumstances. Exhibit "F"

11.    As a direct and proximate result of the Defendants' intentional, wilful, reckless, grossly negligent and negligent acts, Mr. Bell has sustained damages that include, but are not limited to physical injury resulting in past and potential future medical bills and physical, mental, and emotional pain and suffering. The injuries and pain and suffering were a direct result of the assault and application of excessive and unnecessary force applied by Officer Kelly against Mr. Bell.

## CAUSES OF ACTION

12.    The Plaintiff, Mr. Bell, had the right to be free from unreasonable search and seizure of his person and property. Defendants denied him this right, as guaranteed by the Fourth Amendment of the United States Constitution, an as applied to the States through the Fourth Amendment of the United States Constitution.

13.    While being detained and wrongfully being taken into custody, Mr. Bell had the right to be free of cruel and unusual punishment, which includes being viciously beaten, subdued and shackled, and threatened repeatedly with the use of taser. Defendants denied him this right.

14.    The right to be free of such is guaranteed to detainees by the Eighth Amendment and due process clause of the Fourteenth Amendment of the United States Constitution.

15.    Mr. Bell asserts claims for violation of his rights under the Fourth, Eighth, and due process cause of the Fourteenth Amendments.

16.    The Defendants, Columbia, CPD, and Chief Cooper, failed to properly and adequately train, supervise, and/or hire Kelly in violation of Mr. Bell's rights. They were indifferent to his background and failed to perform adequate background checks into Kelly's personal and professional background prior to hiring placing the general public in danger and Mr. Bell being a member of the general public and citizen resident of Columbia, Mississippi. These rights are

guaranteed to Mr. Bell  pursuant to the Fourth and Eighth Amendment and under the due process clause of the Fourteenth Amendment.

17.    As a direct and proximate result of the actions of the Defendants, the following clearly established and well settled federal constitutional rights of the Plaintiff, Mr. Bell, were violated, though not limited by such:

a.    Freedom from unreasonable search and seizure;

b.    Freedom from the use of excessive, unreasonable, and unjustified force against his person;

c.    Freedom from cruel and unusual punishment;

d.    Due process of law; and

e.    Equal protection under the law.

18.    42 U.S.C. Section 1983 provides a remedy for the violation of the Mr. Bell's rights as described above.  Mr. Bell asserts a Section 1983 claim against all Defendants for the violation of his rights while acting under the color of law under the Fourth Amendment, Eighth Amendment, and due process clause under the Fourteenth Amendment, and/or the Equal Protection Clause as stated above, and otherwise within the meaning of constitutional rights under Section 1983.

19.    In addition, pursuant to 42 U.S.C Section 1988, when he prevails in this action, Plaintiff is entitled to recovery of Attorney's fees, cost, and other expenses as set forth in the statute. Mr. Bell asserts a claim against all Defendants for such relief.

## COUNT I

### Liability of Officer Kelly, Chief Cooper, and CPD

20.    The Defendant, Officer Kelly, was directly involved in the beating of Mr. Bell, as

discussed above. In addition, Officer Kelly and CPD were directly involved in the improper detainment and arrest of the Plaintiff, Mr. Bell. Such conduct was at all times with the course and scope of the officers employment by CPD and Chief Cooper and conducted or performed under the color of law.

21.    Pursuant Section 1983, therefore, Mr. Bell asserts a claim against these Defendants, Officer Kelly, Chief Cooper, and CPD, for deprivation of his constitutional rights under the Fourth Amendment, Eighth Amendment, and due process clause of the Fourteenth Amendment, and /or Equal Protection Clause.

22.    The Defendants have caused Mr. Bell pain, suffering, emotional distress, physical injuries, loss of enjoyment of life, non-medical expenses, and medical expenses.

23.    Plaintiff, Mr. Bell, seeks compensatory damages against said Defendants, jointly and severally, in an amount to be determined by a trial.

24.    Mr. Bell also seeks an award of punitive damages against said Defendants, jointly and severally, in an amount to be determined at trial.

25.    Mr. Bell seeks an award of attorney's fees, cost, and other expenses against said Defendants, jointly and severally.

26.    Mr. Bell seeks prejudgment interest against said Defendants, jointly and severally, for the medical expenses and all other items of damages that are "liquidated" as of the date of the filing of his Complaint.

27.    Mr. Bell also seeks post-judgment interest as provided by statute.

## COUNT II

### City and CPD Liability under Section 1983

28.    Columbia, Chief Cooper, and CPD were the final policy makers and final approvers of said policy for the City of Columbia Police Department with respect to law enforcement activities.  In addition, CPD is responsible for the implementation and promulgation of official policy for the Columbia Police Department.

29.    In addition, the violent tendencies of Officer Kelly were known, or should have been known, to Columbia, CPD, and Chief Cooper prior to the events which are the subject of this lawsuit.  The injuries suffered by the Plaintiff, Mr. Bell, were foreseeable and the defendants had the power and authority to alleviate them.

30.    Further, Columbia, CPD, and Chief Cooper failed to properly train and supervise Officer Kelly thereby resulting in the violation of Mr. Bell's constitutional rights as mentioned herein.

31.    Instead the aforementioned Defendants demonstrated a deliberate and reckless indifference to the actions of Officer Kelly and his pattern of violence and denial of constitutional rights.  The Defendants were also deliberately indifferent to the need for adequate training and supervision of Officer Kelly.

32.    As a result, pursuant to Section 1983, Mr. Bell asserts a claim against these Defendants, Columbia, CPD, and Chief Cooper, for deprivation of his constitutional rights under the Fourth Amendment, Eighth Amendment, and due process clause of the Fourteenth Amendment, and /or Equal Protection Clause.

33.    The Defendants have caused Mr. Bell pain, suffering, emotional distress, physical

injuries, loss of enjoyment of life, non-medical expenses, and medical expenses.

34.    Plaintiff, Mr. Bell, seeks compensatory and punitive damages against said Defendants, jointly and severally, in an amount to be determined by a trial.

35.    Mr. Bell seeks an award of attorney's fees, cost, and other expenses against said Defendants, jointly and severally.

36.    Mr. Bell seeks prejudgment interest against said Defendants, jointly and severally, for the medical expenses and all other items of damages that are "liquidated" as of the date of the filing of his Complaint.

37.    Mr. Bell also seeks post-judgment interest as provided by statute.

## COUNT III

### State Law Claims

38.    Plaintiff hereby incorporates by reference and realleges the foregoing allegations of Paragraphs 1 through 38 of his Complaint.

39.    Officer Kelly intentionally caused bodily harm to Mr. Bell by using unreasonable and excessive force upon his person. In addition, Officer Kelly aroused fear in Mr. Bell by and through his conduct.

40.    The assault and battery was accomplished without the consent and against the will of Mr. Bell.

41.    Officer Kelly intentionally caused bodily harm to Mr. Bell when the Officer knew, or should have known, that emotional distress would likely result.

42.    The conduct of Officer Kelly was outrageous and beyond all bounds of decency so as to be regarded as odious and utterly intolerable in a civilized community.

43.    The conduct of Officer Kelly caused severe emotional distress to the Plaintiff, Mr. Bell.

44.    Mr. Bell was improperly detained, arrested, and charged with the crimes of reckless driving, disorderly conduct - failure to comply, and resisting arrest.

45.    The entire proceeding for said charges charged and instituted against Mr. Bell lacked probable cause and were maliciously and falsely pressed with the intent to counter and cover up the inappropriate conduct of Officer Kelly as aforementioned. The charges were intentionally charged to intimidate and persuade Mr. Bell to forego the claims made herein by Mr. Bell against the Defendants. As such, the Defendants acted in a manner so as to result in an abuse of process and/or malicious prosecution.

46.    As a direct and proximate result of the aforementioned conduct, the Defendants have caused Mr. Bell pain, suffering, emotional distress, physical injuries, loss of enjoyment of life, non-medical expenses, and medical expenses.

47.    Plaintiff, Mr. Bell, seeks compensatory and punitive damages against said Defendants, jointly and severally, in an amount to be determined by a trial.

48.    Mr. Bell seeks an award of attorney's fees, cost, and other expenses against said Defendants, jointly and severally.

49.    Mr. Bell seeks prejudgment interest against said Defendants, jointly and severally, for the medical expenses and all other items of damages that are "liquidated" as of the date of the filing of his Complaint.

50.    Mr. Bell also seeks post-judgment interest as provided by statute.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendants herein be

duly cited to appear and answer; that upon final trial of this cause, the Plaintiff request judgment for actual damages against all said Defendants, jointly and severally, punitive damages jointly and severally against all Defendants; attorney's fees and cost of litigation in an amount to be determined by the Court against all Defendants jointly and severally; and prejudgment and post-judgment interest jointly and severally against all Defendants; and for such other and further relief, special and general, at law and in equity to which Plaintiff may show himself justly entitled.

Respectfully submitted, this the ____ day of April, 2018.

SCOTT E. BELL

By: _____
    Joseph L. Turney
    Attorney for Plaintiff

JOSEPH L. TURNEY
MS STATE BAR NO. 100903
JOSEPH L. TURNEY, PLLC
716 Main Street
Columbia, Ms 39429
(601)731-2098
(601)731-2099 fax
josephlturneyatt@bellsouth.net

Case: 2:18-cv-00133-AM    Document #: 1    Filed: 04/19/2018    Page 12 of 72

IDENTIFICATION PURPOSES · PROTECT THIS RECORD.    ANY ALTERATIONS IN SHADED AREAS
SAFEGUARD IT.    RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| BELL, SCOTT EDWARD | NAVY-USN | 587   45   5291 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| ENJ | E6 | 19660903 | NA |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| JACKSON, MS | KOKOME, MS |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| NSA HAMPTON RDS | PSD NAVAL STATION NORFOLK, VA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE    NONE |
|---|---|
| COMMANDER, NAVY PERSONNEL COMMAND (PERS-912), MILLINGTON, TN 38055 | AMOUNT: $ 400,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| EN 4340-NAMTS DIESEL ENGINE, GOVERNOR & INJECTOR REPAIR TECH GENERALIST(6YRS,3MOS) | a. DATE ENTERED AD THIS PERIOD | 1999 | 08 | 30 |
| EN 4344-NAMTS DIESEL ENGINE & INJECTOR REPAIR TECH FAIRBANKS MORSE(38D S-1/8) & COLT PIELSTIC (PC2.5V) SPECIALIZATION(9YRS,2MOS) | b. SEPARATION DATE THIS PERIOD | 2015 | 07 | 31 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 15 | 11 | 01 |
| EN 4303-CUMMINS DIESEL ENGINES TECH(6YRS,3MOS) | d. TOTAL PRIOR ACTIVE SERVICE | 04 | 01 | 11 |
| EN 4314-DIESEL ENGINE INSPECTOR(7YRS,6MOS) | e. TOTAL PRIOR INACTIVE SERVICE | 06 | 11 | 04 |
| EN 4313-OUTBOARD ENGINE MECHANIC(7YRS,7MOS) | f. FOREIGN SERVICE | 05 | 00 | 17 |
| (SEE BLK 18).//    X    X    X | g. SEA SERVICE | 04 | 04 | 26 |
| | h. INITIAL ENTRY TRAINING | 00 | 06 | 17 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2004 | 07 | 16 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| GOOD CONDUCT MEDAL(6), NATIONAL DEFENSE SVC MEDAL (2), NAVY/MC ACHIEVEMENT MEDAL(6), MERITORIOUS UNIT COMMENDATION, NAVY "E" RIBBON(2), NAVAL RESERVE MERITORIOUS SVC MEDAL, GWOT EXPEDITIONARY MEDAL, GWOT SVC MEDAL, HUMANITARIAN SVC MEDAL(2), SEA SVC DEPLPOYMENT RIBBON(3), ESWS, EXWS. (SEE BLK 18).// | FIRST LINE LEADERSHIP DEVELOPMENT PROGRAM(2WKS, NOV99), ENGINEMAN CLASS MODULE 3(4WKS,SEP01), PRIMARY LEADERSHIP DEVELOPMENT PROGRAM(2WKS, MAR06), WOODWARD GOVERNOR MAINTENANCE(2WKS, JUN06), OUTBOARD MOTOR OVERHAUL(2WKS,DEC07), CUMMINS DIESEL OVERHAUL TECH(2KWS,DEC08).//    X |

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ____ ) | | YES | | X NO |

| 16. DAYS ACCRUED LEAVE PAID | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| 2.0 | | | X |

**18. REMARKS**
S-42574-15-0863-SRR. BLK 11 CONT:4306-CATERPILLAR ELECTRONICALLY CONTROLLED ENGINE TECH(9YRS,5MOS),4333-FAIRBANKS MORESE (38D S/18) & COLT PIELSTICK (PC2.5V) DIESEL ENGINE TECH(13YRS,9MOS),5351-SPECIAL WARFARE COMBATANT CREWMAN(SWC) INTERMEDIATE(16YRS,9MOS): BLK 13 CONT: NAVY/MC OVERSEAS SVC RIBBON(5), NAVY RIFLE MARKSMANSHIP RIBBON, NAVY PISTOL MARKSMANSHIP RIBBON, FLAG LETTER COMMENDATION, SWCC, COAST GUARD SPECIAL OPERATIONS SVC(2), SMALL CRAFT (ENLISTED), SEE DD 214 C.//    X    X    X    X

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 118 CNS ROAD KOKOME, MS 39643 | STUARTE BELL 118 CNS ROAD KOKOME, MS 39643 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | MS    OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| | 20150513 | J.F. DUFF GS6 HR LEAD, BY DIRECTION | 20150513 |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (include upgrades) |
| TRANSFERRED TO THE FLEET RESERVE | HONORABLE |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| MILPERSMAN-1830-040 & NPC 240134Z MAR 15 | NBD | RE-2 |
| 28. NARRATIVE REASON FOR SEPARATION | |
| SUFFICIENT SERVICE FOR RETIREMENT | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (initials) |
| TL: NONE | |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4 |
|---|---|---|
| | | Adobe Designer 8.0 |

"A"

IDENTIFICATION — ... 2:14-cv-00133-AM    Document ... Filed: 04/19/2018 ... Page 13 of 22 ... AREAS
RENDER FORM VOID

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY** *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| BELL, SCOTT EDWARD | NAVY-USN | 587 . 45 . 5291 |

(Specify the item number of the block continued for each entry.)

S:42574-15-0863-SRR. BLK 18 CON'T: SUBJECT TO ACTIVE DUTY RECALL BY SECRETARY OF THE NAVY.//
EFFECTIVE DATE OF TRANSFER TO THE FLEET RESERVE STATUS: 01AUG2015.//

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| | 20150513 | J. F. DUFF, GS6, HR LEAD, BY DIRECTION | 20150513 |

DD FORM 214C, AUG 2009

MEMBER - 4
Adobe Designer 8.0



# MARION
## GENERAL HOSPITAL
### Forrest Health®

11/14/2017

**Guarantor:**

| |
|---|
| Scott E Bell |
| 1202 Pine Court |
| COLUMBIA, MS 39429 |

**Service Location:** Marion General Hospital

**Insurance Coverage on File:**

**Current Account Balance:** 609.50

**This is not a bill. This is an itemization of hospital services for:**

| Patient: | Hospital Account: | Admission Date: | Discharge Date: |
|---|---|---|---|
| Bell,Scott | 40000031201 | 10/24/17 | 10/25/17 |

## Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/24/17 | 0761 | 26010008 | HB INJECTION IM/SQ | 1 | 75.00 |
| 10/24/17 | 0450 | 45030173 | HB ER LEVEL III WITH MODIFIER 25 | 1 | 231.00 |
| 10/25/17 | 0301 | 30016339 | HB ALCOHOL | 1 | 40.00 |
| 10/25/17 | 0301 | 30110180 | HB COCAINE SCREEN | 1 | 20.00 |
| 10/25/17 | 0301 | 30110175 | HB AMPHETAMINE SCREEN | 1 | 20.00 |
| 10/25/17 | 0301 | 30110176 | HB CANNABINOIDS SCREEN | 1 | 20.00 |
| 10/25/17 | 0301 | 30110178 | HB OPIATE SCREEN | 1 | 20.00 |
| 10/25/17 | 0301 | 30110183 | HB PCP SCREEN | 1 | 20.00 |
| 10/25/17 | 0636 | J1885 | KETOROLAC 30 MG/ML SOLN | 4 | 78.00 |
| 10/25/17 | 0351 | 35110007 | HB CT MAX-FACIAL W/O CO | 1 | 1,751.00 |
| 10/25/17 | 0300 | 30016393 | HB PRO TIME | 1 | 20.00 |
| 10/25/17 | 0300 | 30016394 | HB PTT-PARTIAL THROMB T | 1 | 25.00 |
| 10/25/17 | 0300 | 30016000 | HB PHLEBOTOMY FEE | 1 | 14.00 |
| 10/25/17 | 0300 | 30016004 | HB BASIC METABOLIC PROFILE | 1 | 74.00 |
| 10/25/17 | 0300 | 30016002 | HB CBC W/AUTO DIFF | 1 | 30.00 |

| Total charges: | | 2,438.00 |
|---|---|---|

**Payments and Adjustments**

"B"

Case: 46CI1:18-cv-00133-AM    Document #: 1    Filed: 04/19/2018

PO BOX 261397
PLANO, TX 75026

Toll Free: (800) 604-9532

Keystone Medical Svcs of MS, Inc
P O BOX 677864
DALLAS, TX 75267-7864
Tax ID# 46-0513242

ER:  Marion General Hospital
Attending Doctor:  Robert M Coleman, MD

MAKE
CHECK
PAYABLE
TO:



ACCOUNT NUMBER

**6161710240025**

SECURE WEB ACCESS

www.thedoctorbill.com

#BWNKBCK
#0061 6171 0240 0253#
SCOTT E BELL
1202 PINE CT
COLUMBIA,  MS 39429-2114

6 1 6 1 7 1 0 2 4 0 0 2 5

If any problem exists concerning the
payment of this bill then contact our
office to make arrangements.
Date of Service:  10/24/2017
Statement Date:  10/31/2017
✓ Please disregard this notice if you made
payment within the past 10 days.
✓ Statement reflects ER Doctor services only

Our records indicate this visit is Auto Related.  Please proivde our office with Auto Insurance.

| Date of Service | Description | | Charges | Patient Payments | Insurance Payments | Insurance Adjustment/Discount | Balance |
|---|---|---|---|---|---|---|---|
| | Procedure | Diagnosis | | | | | |
| 10/24/2017 | 99285 | 802.8 | $2,373.00 | $0.00 | $0.00 | $0.00 | $2,373.00 |
| 10/24/2017 | 99053 | 802.8 | $161.00 | $0.00 | $0.00 | $0.00 | $161.00 |

| Correspondence Sent | If your insurance information differs from below, please fill out the reverse side. |
|---|---|
| Number of Bills | Claims Sent |

Primary: AUTO INFO NEEDED    Policy:  xxxxx5291
Secondary:    Policy:



(Page esta cantidad.)
**PAY THIS AMOUNT**

**$2,534.00**

✂ Detach and return this stub with your payment.

SCOTT E BELL
1202 PINE CT
COLUMBIA,  MS 39429-2114

☐  Check the box if the address is incorrect and
indicate any changes in the space above.

*Patient Name:*  SCOTT E BELL



If paying by Visa or MasterCard please fill out below.

☐ Visa      ☐ MasterCard

Signature                           CVV - 3 digits

Amount

Exp. Date

Balance:  $2,534.00
**Amount Paid**
(Cantidad de su pago.)    $ _____

Please show the account number on
all checks and correspondence

**6161710240025**



6 1 6 1 7 1 0 2 4 0 0 2 5

Keystone Medical Svcs of MS, Inc
P O BOX 677864
DALLAS, TX 75267-7864

Return address must appear in window.





Case 2:18-cv-00133-A Document 1-2 Filed 04/20/2018 Page 16 of 72

Forrest General Hospital
6051 US HIGHWAY 49
HATTIESBURG MS 39401-
7243

Bell, Scott
MRN: 20070360, DOB: 3/31/1966, Sex: M
Adm: 10/25/2017, D/C 10/25/2017

---

ED Notes by Sydney Dawkins, RN at 10/25/17 0224

| | | |
|---|---|---|
| Author: Sydney Dawkins, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 10/25/17 0230 | Date of Service: 10/25/17 0224 | Status: Addendum |
| Editor: Sydney Dawkins, RN (Registered Nurse) | | |

Related Notes: Original Note by Sydney Dawkins, RN (Registered Nurse) filed at 10/25/17 0225

Pt states that he was pulled over by the police earlier and was pulled out of the car and thrown on the ground. He thinks he was hit in the face but doesn't remember exactly what happened. Pt is awake, alert, and oriented.

Electronically signed by Sydney Dawkins, RN at 10/25/17 0230

---

ED Provider Notes by Michael Farmer, DO at 10/25/17 0743

| | | |
|---|---|---|
| Author: Michael Farmer, DO | Service: (none) | Author Type: Physician |
| Filed: 10/25/17 0800 | Date of Service: 10/25/17 0743 | Status: Signed |
| Editor: Michael Farmer, DO (Physician) | | |

**NAME:** Scott E Bell
**CSN:** 1032896858
**MRN:** 20070360
**ADMIT DATE:** 10/25/2017

**EMERGENCY DEPARTMENT ENCOUNTER**

**CHIEF COMPLAINT**
Chief Complaint
Patient presents with
• Other
  *Transfer from Marion for facial fx*

**HPI**

Scott E Bell is a 51 y.o. male who presents to emerge from in transfer from MarionGeneral Hospital via ground unit EMS. The patient presented there after being pulled over by the police. Evidently the patient was struck in the left face by the police down in Marion County. He was hurting. They subsequently took him to the emergency room there. He was evaluated by Dr. Coleman. A CT of the facial bones was performed which showed multiple facial bone fractures. The patient was then transferred to Forrest General for further evaluation. The patient denies loss of consciousness he denies diarrhea constipation shortness of breath or chest pain. He denies any neck or jaw pain no arm pain does have a headache. He does not have abdominal pain or cramping no difficulty breathing. Incident happened last night.

**CURRENT MEDICATIONS**
**Patient's Medications**

No medications on file
**Modified Medications**
No medications on file
**Discontinued Medications**
No medications on file

---
Printed by Gwendolyn T Robinson at 11/14/17 1:05 PM

**Forrest** General Hospital
6051 US HIGHWAY 49
HATTIESBURG MS 39401-7243

Bell, Scott
MRN: 20070360, DOB: 9/3/1966, Sex: M
Adm. 10/25/2017, D/C 10/25/2017

---

**ED Provider Notes by Michael Farmer, DO at 10/25/17 0743 (continued)**

---

## ALLERGIES
No Known Allergies

## PAST MEDICAL HISTORY
Past Medical History:

|  | Date |
| --- | --- |
| • Head trauma |  |
| • PTSD (post-traumatic stress disorder) | 10/24/2017 |

## SURGICAL HISTORY
Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • ANKLE | Right |  |

## SOCIAL HISTORY
Social History

Social History
- Marital status:                Divorced
     Spouse name:            N/A
- Number of children:       N/A
- Years of education:        N/A

Social History Main Topics
- Smoking status:            Former Smoker
     Types:                       Cigarettes
- Smokeless tobacco:       Never Used
- Alcohol use                   No
- Drug use:                      No
- Sexual activity:             Not Asked

Other Topics                                        Concern
- None

Social History Narrative
- None

## FAMILY HISTORY
History reviewed. No pertinent family history.

## REVIEW OF SYSTEMS
Review of Systems
All other systems are reviewed and are negative except as above

## PHYSICAL EXAM

---

Forrest

®Forrest General Hospital       Bell, Scott
6051 US HIGHWAY 49       MRN: 00070069, DOB: 9/3/1966, Sex: M
HATTIESBURG MS 39401-       Adm. 10/25/2017, D/C 10/25/2017
7243

---

**ED Provider Notes by Michael Farmer, DO at 10/25/17 0743 (continued)**

VITAL SIGNS: BP 149/95 (BP Location: Left arm) | Pulse 93 | Temp 97.5 °F (36.4 °C) (Oral) | Resp 18 | Ht 5' 8" (1.727 m) | Wt 210 lb (95.3 kg) | SpO2 99% | BMI 31.93 kg/m²

Physical Exam
General awake alert no distress pacing in the room GCS 15.

HEENT swelling over the left zygoma and left face. He has some mild swelling about the left and right eyelids but the people in the eye itself are seen without obstruction. His pupils are round responsive to light extra ocular intact there is no signs of muscle entrapment of the left eye. His throat is clear to posterior oropharynx is no hemotympanum no battle sign no raccoons. Does have tenderness over the left zygoma region.

Heart regular rate and rhythm no extra heart sounds noted.

Lungs clear no stridor no traction or wheeze.

Abdomen soft positive bowel sounds nondistended no guarding rebound or perineal signs nontoxic.

Extremities no cyanosis clubbing or edema.

Skin no laceration for repair he does have abrasions on the left face and zygoma region but there is nothing for me to suture. No rashes.

Neurologic 2 through 12 intact motor since function intact moves all 4 extremities without dysfunction is ambulatory no focal neurologic deficit noted

Musculoskeletal no muscle wasting.

LABS
Pertinent labs reviewed. (See chart for details)
Results for orders placed or performed during the hospital encounter of 10/24/17
CBC auto differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 14.3 (H) | 4.8 - 10.8 bil/L |
| RBC | 5.56 | 4.50 - 6.00 tril/L |
| Hemoglobin | 16.8 (H) | 14.0 - 16.5 g/dL |
| Hematocrit | 48.8 | 42.0 - 52.0 % |
| MCV | 88 | 81 - 97 fL |
| MCH | 30 | 27 - 32 pg |
| MCHC | 34 | 32 - 36 g/dL |
| RDW | 14.4 | 11.5 - 14.5 % |
| Platelet Count- Automated | 232 | 150 - 400 bil/L |
| MPV | 8.2 | 7.4 - 10.4 fL |
| Granulocyte Relative | 80.8 (H) | 42.2 - 75.2 % |
| Lymphocytes Relative | 10.0 (L) | 20.5 - 51.1 % |
| Monocytes Relative | 8.6 | 1.7 - 9.3 % |
| Eosinophils Relative | 0.4 | .0-<5.0 % |
| Basophils Relative | 0.2 | .0-<5.0 % |
| Granulocytes Absolute | 11.5 (H) | 1.4 - 6.5 K/UL |
| Lymphocyte Absolute | 1.4 | 1.2 - 3.4 K/uL |

®Forrest General Hospital          Bell, Scott
6051 US HIGHWAY 49          MRN 00000360, DOB 2/3/1965, Sex M
HATTIESBURG MS 39401-          Adm. 10/25/2017, D/C 10/25/2017
7243

---

ED Provider Notes by Michael Farmer, DO at 10/25/17 0743 (continued)

| | | |
|---|---|---|
| Monocyte Absolute | 1.20 (H) | 0.11 - 0.59 K/uL |
| Eosinophils Absolute | 0.10 | 0.00 - 0.70 K/UL |
| Basophils Absolute | 0.00 | 0.00 - 0.20 K/UL |
| ANC | 11,500 | K/uL |
| Nucleated RBCS | 0 | /100 |

Basic metabolic panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L |
| Chloride | 102 | 98 - 107 mmol/L |
| CO2 | 22 | 21 - 32 mmol/L |
| BUN | 18 | 7 - 18 mg/dL |
| Creatinine | 0.73 | 0.60 - 1.30 mg/dL |
| Glucose | 144 (H) | 70 - 110 mg/dL |
| Calcium | 9.1 | 8.5 - 10.1 mg/dL |
| Anion Gap | 16 (H) | 3 - 15 mmol/L |
| Osmolality Calc | 284 | 275 - 295 mOsmol/kg |
| BUN/Creatinine Ratio | 24.7 (H) | 8.0 - 23.0 mg/dL |
| Non-AF American GFR | >60 | >=60 mL/min |
| AF American GFR | >60 | >=60 mL/min |

PT/PTT

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 11.5 | 11.0 - 15.0 seconds |
| INR | 1.0 | 1.0 - 1.3 |
| aPTT | 26.3 | <=40.0 seconds |

**RADIOLOGY**

Ct Head Without Contrast

Result Date: 10/25/2017
This report was signed by Thomas Cole MD on 10/25/2017 7:12 AM.

Ct Facial Bones Without Contrast

Result Date: 10/25/2017
Acute fractures of the medial and lateral wall of the left maxillary sinus Acute fractures of the floor and lateral wall of the left orbit Effective Dose 2 mSv This report was signed by Juan Velez MD on 10/25/2017 12:49 AM.

**ED COURSE & MEDICAL DECISION MAKING**
Pertinent & Imaging studies reviewed. (See chart for details)
The patient was evaluated by me here in the emergency department. I reviewed the medical record from the ER visit at Marion General. He had a CT scan of the facial bones that facility which showed:

**"Acute minimally displaced fracture of the left nasal bone is seen. There is deviation of the nasal septum towards the right. Acute displaced comminuted fracture of the lateral wall of the left maxillary sinus is seen. A minimally displaced acute fracture of the anterior wall of the left maxillary sinus is seen. The left zygomatic arch is fractured anteriorly and then in the midportion. The left zygomatic**



Forrest General Hospital
6051 US HIGHWAY 49
HATTIESBURG MS 39401-
7243

MRN: 20070360, DOB: 9/3/1966, Sex: M
Adm. 10/25/2017, D/C 10/25/2017

---

ED Provider Notes by Michael Farmer, DO at 10/25/17 0743 (continued)

fracture is minimally displaced. There is an acute slightly displaced fracture of the floor of the left orbit. Nondisplaced acute fracture of the lateral wall of the left orbit is seen. The medial wall and roof of the left orbit is intact. There is opacification of the left maxillary sinus. There is extensive left preseptal soft tissue swelling which extends below the left orbit and left cheek."

There are no signs of muscle entrapment of the left eye.  Patient was given a tetanus booster here in the emergency room at Forrest General.

I ordered CT scan of the head because he was complained of headache.  CT the head was unremarkable for acute intracranial injury here at FGH as read by Dr. Cole from radiology.   CT of the head here at Forrest General did note there were extensive facial bone fractures.

I have contacted Dr. John Sobieski is on-call for ENT maxillofacial trauma.  Dr. Sobieski is asked me to have the patient follow-up with him in the office in 4-5 days.  The patient be started on antibiotics from the emergency room and I will write pain medicine as well.  He is to return back as needed.

**Forrest** Forrest General Hospital
6051 US HIGHWAY 49
HATTIESBURG MS 39401-
7243
MRN: 20070360, DOB: 9/3/1966, Sex: M
Adm. 10/25/2017, D/C 10/25/2017

ED Provider Notes by Michael Farmer, DO at 10/25/17 0743 (continued)

Discharge Instructions

Return to the ER as needed.
Follow up with your Doctor in 1-2 days.
Return for increased temperatures.
Return for increased or prolonged symptoms that do NOT resolve or subside.

I have talked to Dr. John Sobiesk. He is an ENT Facial Plastic Surgeon. He wants you to call the office today for an appointment early next week. You will most likely need surgery to repair the fractures, but the swelling needs to settle down before that can be done.

**Forrest**
6051 US HIGHWAY 49
HATTIESBURG MS 39401-7243
MRN: 20070360, DOB: 9/3/1966, Sex: M
Adm. 10/25/2017, D/C 10/25/2017

---

ED Provider Notes by Michael Farmer, DO at 10/25/17 0743 (continued)

---

**New Prescriptions**

| | |
|---|---|
| HYDROCODONE-ACETAMINOPHEN 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed. |
| SULFAMETHOXAZOLE-TRIMETHOPRIM (BACTRIM DS,SEPTRA DS) 800-160 MG PER TABLET | Take 1 tablet by mouth 2 (two) times daily for 7 days. |

**FINAL IMPRESSION**

1. **Injury due to altercation, initial encounter**
2. Multiple closed fractures of facial bone, initial encounter (HCC Code)

Michael Farmer, DO
10/25/17 0800

Electronically signed by Michael Farmer, DO at 10/25/17 0800

---

CT head without contrast [102667748]

Electronically signed by: **Michael Farmer, DO on 10/25/17 0634**                                   Status: **Completed**
Ordering user: Michael Farmer, DO 10/25/17 0634          Ordering provider: Michael Farmer, DO
Authorized by: Michael Farmer, DO
Frequency: Once specify day and time 10/25/17 0635 - 1 Occurrences
Acknowledged: Sydney Dawkins, RN 10/25/17 0641 for Placing Order

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Imaging | — | — |

Screening Form

General Information

Patient Name: Bell, Scott                          MRN: 20070360
Date of Birth: 9/3/1966                             Home Phone: 757-630-1906
Sex: Male

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT HEAD WO CONTRAST | Michael Farmer, DO ↳601-288-2100 | Michael Farmer, DO ↳601-288-2100 | 10/25/2017 6:50 AM FGH CT1 FGH RADIOLOGY CT SCAN |

Screening Form Questions
No questions have been answered for this form.

CT head without contrast [102667748] (continued)

CT head without contrast [102667749]

Resulted: 10/25/17 0712, Result status: Final result

Ordering provider: Michael Farmer, DO  10/25/17 0634
Resulted by: Thomas P Cole, MD
Resulting lab: FH POWERSCRIBE
Narrative:
CT HEAD WITHOUT CONTRAST.

Order status: Completed
Performed: 10/25/17 0656 - 10/25/17 0702

HISTORY: head trauma.

TECHNIQUE: CT of the head without contrast.  Patient was scanned twice secondary to motion COMPARISON: No

FINDINGS: The ventricular system is normal in size and configuration. No blood products, masses, areas of edema or acute ischemic changes are identified. Extensive edema in the left face with fracture of left zygomatic arch, posterior lateral wall left maxillary sinus and left orbital floor. Fracture of left nasal bone. Visualized pterygoids and temporomandibular joints are unremarkable. Globes are intact. Mastoid air cells and calvarium are unremarkable.

IMPRESSION:

1. No acute intracranial abnormality.

2. Extensive left facial fractures including the left orbital floor fracture

Effective Dose 4.4 mSv

This CT examination was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of the mA and or kv according to patient size, use of iterative reconstruction techniques.

impression:
This report was signed by Thomas Cole MD on 10/25/2017 7:12 AM.

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Imaging | — | 10/25/17 0649 |

## END OF REPORT



**ForrestGeneral**

H O S P I T A L
Forrest Health℠

11/14/2017

**Guarantor:**

| Scott E Bell |
|---|
| 1202 Pine Court |
| COLUMBIA, MS 39429 |

**Service Location:** Forrest General Hospital

**Insurance Coverage on File:** VA MEDICAL CENTER - VA MEDICAL CENTER

**Current Account Balance:** 2,835.95

**This is not a bill. This is an itemization of hospital services for:**

| Patient: | Hospital Account: | Admission Date: | Discharge Date: |
|---|---|---|---|
| **Bell,Scott** | 900837947 | 10/25/17 | 10/25/17 |

Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/25/17 | 0636 | 90714 | TETANUS AND DIPHTHERIA TOXOIDS ADSORBED (ADULT) 5-2 LFU INJ | 1 | 68.95 |
| 10/25/17 | 0771 | 77100001 | HB IMMUNIZATN SQ/IM/ID/JET,SINGLE | 1 | 114.00 |
| 10/25/17 | 0351 | 35110001 | HB CT-HEAD W/O CONTRAST | 1 | 1,768.00 |
| 10/25/17 | 0450 | 45030174 | HB ER LEVEL 4-COMPLEX | 1 | 885.00 |
| Total charges: | | | | | 2,835.95 |

Total payments and adjustments:

**For questions regarding this itemization,please contact Patient Financial Services Customer Service at (601)288-2032.**

**Forrest General Hospital
6051 US Highway 49
Hattiesburg, MS 39401-7243**

# AFTER VISIT SUMMARY

**FORREST GENERAL HOSPITAL**

**Scott E. Bell** CSN: 1032896858

📅 10/25/2017   📍 FGH Emergency Services 601-288-2100

## Instructions

**Return to the ER as needed.**
**Follow up with your Doctor in 1-2 days.**
**Return for increased temperatures.**
**Return for increased or prolonged symptoms that do NOT resolve or subside.**

**I have talked to Dr. John Sobiesk. He is an ENT Facial Plastic Surgeon. He wants you to call the office today for an appointment early next week. You will most likely need surgery to repair the fractures, but the swelling needs to settle down before that can be done.**

## Today's Visit

### Diagnosis
- Injury due to altercation, initial encounter
- Multiple closed fractures of facial bone, initial encounter (HCC Code)

### ⚕ Medications Given
tetanus and diphtheria toxoids adsorbed (adult) (Td) last given at 6:48 AM

### ⚕ Immunizations Given
Td

### Your End of Visit Vitals

🫀 Blood Pressure
149/95

🌡 Temperature (Oral)
97.5 °F

❤️ Pulse
93

🫁 Respiration
18

🫁 Oxygen Saturation
99%

---

🩺 **Your medications have changed**
➡ START taking:
   HYDROcodone-acetaminophen 5-325 MG per tablet
   sulfamethoxazole-trimethoprim 800-160 MG per tablet (BACTRIM DS,SEPTRA DS)

Review your updated medication list below.

🛒 **Pick up these medications from any pharmacy with your printed prescription**
HYDROcodone-acetaminophen • sulfamethoxazole-trimethoprim

📅 **Call John D. Sobiesk, MD today**
Why: for an appointment next week.
Specialty: Otolaryngology, Radiology
Contact: 1605 S 28TH AVE
         ENT Associates
         Hattiesburg MS 39402-3110
         601-579-3310



**FForrestHealth®**

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://iris.hattiesburgclinic.com/iris/, click "Sign Up Now", and enter your personal activation code: WN8HR-H324F-GBHJC. Activation code expires 12/24/2017.

## Instructions (continued)

 **Call Joshua T. Derryberry, MD today**
Why: for an appointment soon, If symptoms worsen, As needed
Specialty: Family Medicine, Emergency Medicine
Contact: 415 S 28TH AVE
Hattiesburg Clinic PA
Hattiesburg MS 39401-7246
601-579-3300

## What's Next
You currently have no upcoming appointments scheduled.

## You were seen by
You were seen by Michael Farmer, DO.

## You are allergic to the following
No active allergies

## Procedures and tests performed during your visit
CT head without contrast

## Additional Information
**RETURN TO THE EMERGENCY DEPARTMENT AS NEEDED**
- See your HEALTH CARE PROVIDER or return to the ER for any increase in pain, redness, swelling, drainage in or around wound site(s); for any worsening of bleeding, pain, or any dizziness or fainting.
- Notify physician for any pain and/or temperature that is not relieved by medication.
- It is very important that you keep all appointment(s) with your health care provider.
- Wash hands for 10-15 seconds after touching raw meat, going to the bathroom, changing diapers, handling soiled articles, touching animals, and before preparing food.

**LAB/X-RAY NOTICE:**
- If you had an x-ray taken, please note that it has been read on a preliminary basis and will be subject to final review by the radiologist. If you had a culture done, the results are pending. You will be notified for follow-up regarding either, if necessary.

**IF YOU ARE A SMOKER:**
- For information about how to stop smoking call: Smoke-Free Mississippi 1-800-QUITNOW (1-800-784-8669).
- Caregivers: By quitting, you protect your loved ones from illnesses caused by second hand smoke.

**MEDICATION INFORMATION:**
- The medications listed on this summary are based on information provided by the patient and/or the patient's representative. I have reviewed these medications and marked those to be discontinued.
- The patient will need to follow up with their original prescribing physician to confirm routine medications, strengths, dosages and indications.

## Reminders

**Do NOT** take any other medications that are **NOT** on this list without checking with your physician.

TAKE THESE INSTRUCTIONS TO ALL FOLLOW-UP PHYSICIAN APPOINTMENTS.

For additional health information, call your physician or search the online health information libraries located within your Iris patient portal and on the forresthealth.org website.

## Your Medication List



**HYDROcodone-acetaminophen** 5-325 MG per tablet

**START**

Take 1 tablet by mouth every 6 (six) hours as needed.

---

**sulfamethoxazole-trimethoprim** 800-160 MG per tablet
Commonly known as: BACTRIM DS,SEPTRA DS

**START**

Take 1 tablet by mouth 2 (two) times daily for 7 days.

I fully understand the above information/instructions which have been explained to me.  A copy of these instructions have been given to the patient/caregiver.

Patient Signature: _____

Date: _____  Time: _____

Nurse Signature: _____

Date: _____  Time: _____



Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|------|-----------|-----|-----|-----------|
| Bell, Scott | 3180502 | xxx-xx-5291 | Male | 09/03/66 (51 yrs) |

| Address | Phone | Email | Employer |
|---------|-------|-------|----------|
| 1202 Pine Court<br>COLUMBIA MS 39429 | 757-630-1906 (H) | | |

| County | Race | Occupation | Emp Status |
|--------|------|-----------|-----------|
| MARION | White or Caucasian | MECJ | Retired |

| Reg Status | PCP | | Date Last Verified |
|------------|-----|--|--------------------|
| Verified | | | 10/25/17 |

| Marital Status | Alias |
|----------------|-------|
| Divorced | BELL,SCOTT E |

| Emergency Contact 1 | Emergency Contact 2 |
|---------------------|---------------------|
| Stuart Bell (Father)<br>601-736-4605 (H) | Connie Bell (Mother)<br>1202 Pine Court<br>COLUMBIA MS 39429<br>601-736-4605 (H) |

## Patient Ethnicity & Race

| Ethnic Group | Patient Race |
|--------------|--------------|
| Non-Hispanic | White or Caucasian |

## Medications at Start of Encounter

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| HYDROcodone-acetaminophen 5-325 MG per tablet<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed. - Oral<br>Class: Print | 10 tablet | 0 | 10/25/2017 | |

## Allergies as of 11/16/2017                                                           Reviewed on: 11/3/2017
No Known Allergies

## Immunizations

| Name | Date |
|------|------|
| Td | 10/25/17 |

## Reason for Visit
Facial Injury

## Diagnoses

| | Codes | Comments |
|--|-------|----------|
| Zygomatic fracture, left side, initial encounter for closed fracture (HCC Code)  -<br>Primary | S02.40FA | |

## Vitals

| BP | Pulse | Ht | Wt | BMI |
|----|-------|----|----|----|
| 139/93 | 80 | 5' 8" (1.727 m) | 214 lb (97.1 kg) | 32.54 kg/m² |

## All Orders and Results
No orders and results found

 **HATTIESBURG CLINIC**

Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

---

Flowsheet (all recorded)

## Encounter Vitals

| Row Name | 11/03/17 1059 |
|---|---|
| Enc Vitals | |
| BP | 139/93 -CC |
| Pulse | 80 -CC |
| Resp | |
| Temp | |
| Temp src | |
| SpO2 | |
| Weight | 214 lb (97.1 kg) -CC |
| Height | 5' 8" (1.727 m) -CC |
| Peak Flow | |
| Pain Score | |
| Pain Loc | |
| Pain Edu? | |
| Excl. in GC? | |

## Custom Formula Data

| Row Name | 11/03/17 1059 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -CC |
| Height and Weight | |
| BMI (Calculated) | 32.6 -CC |
| BSA (Calculated - sq m) | 2.16 sq meters -CC |
| Height and Weight | |
| BMI (Calculated) | 32.6 -CC |
| BSA (Calculated - sq m) | 2.16 sq meters -CC |
| Weight Management | |
| BMI (Calculated) | 32.61 -CC |
| OTHER | |
| BSA (Calculated - sq m) | 2.16 sq meters -CC |
| BMI (Calculated) | 32.6 -CC |
| IBW/kg (Calculated) Male | 68.4 kg -CC |
| Low Range Vt 6cc/kg MALE | 410.4 mL -CC |
| Adult Moderate Range Vt 8cc/kg MA | 547.2 mL -CC |
| Adult High Range Vt 10cc/kg MALE | 684 mL -CC |
| IBW/kg (Calculated) FEMALE | 63.9 kg -CC |
| Low Range Vt 6cc/kg FEMALE | 383.4 mL -CC |
| Adult Moderate Range vt 8cc/kg FEMALE | 511.2 mL -CC |
| Adult High Range Vt 10cc/kg FEMALE | 639 mL -CC |
| BMI (Calculated) | 32.6 -CC |
| 1.8 | 3.88 -CC |
| 2.4 | 5.18 -CC |
| Percent Weight Change Since Birth | 0 -CC |
| IBW/kg | 70 -CC |
| Low Range Vt 6cc/kg | 420 mL -CC |
| Adult Moderate | 560 mL -CC |



Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

## Flowsheet (all recorded) (continued)

### Custom Formula Data (continued)

| Row Name | 11/03/17 1059 |
|---|---|
| Range Vt 8cc/kg | |
| Adult High Range Vt 10cc/kg | 700 mL -CC |
| Predicted PEF (L/min) | 527.58 -CC |
| Ideal Body Weight/Lbs (Calculated) | 154 -CC |
| IBW/kg (Calculated) Male | 68.4 kg -CC |

### Anthropometrics

| IBW/LB (Calculated) | 150.79 -CC |
|---|---|
| Adj Body Wt | 166.59 -CC |
| %IBW | 141.92 -CC |

### Nutritional Requirements

| Actual BW Pds/Kg | 97.07 -CC |
|---|---|
| %IBW | 138.67 -CC |
| Adjusted Body Wt/Lbs | 169 -CC |
| Adj Body Wt/Kg | 76.82 -CC |
| Mifflin St Jeour | 1803.18 -CC |
| Harris Benedict | 1918.84 -CC |
| 16 Kcal/Kg | 1553.12 -CC |
| 20 Kcal/Kg | 1941.4 -CC |
| 25 Kcal/Kg | 2426.75 -CC |
| 30 Kcal/Kg | 2912.1 -CC |
| Age | 51 -CC |
| BEE | 1918.84 -CC |
| Ht/Cm | 172.7 -CC |

### Anthropometrics

| Adj Body Wt | 103.84 -CC |
|---|---|

### Nutrition Asmt

| IBW/kg (Calculated) Female | 63.9 -CC |
|---|---|

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| CC | Crystal G Carter, LPN | 03/28/11 - |

## Progress Notes

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| John D. Soblesk, MD | Signed | John D. Soblesk, MD | 11/3/2017 11:53 AM | 11/3/2017 11:00 AM |

**Subjective:**

**Patient ID:** Scott E Bell is a 51 y.o. male with facial fractures.

HPI
This patient was placed in the face last week. His head CT was clear. His CT of the face identified facial fractures. He was sent to the office for follow-up with me as I was on trauma call. He states he still has some numbness in his face. His teeth fit together fine. He is having no double vision. He is using a soft diet.

Current Outpatient Prescriptions:
· HYDROcodone-acetaminophen 5-325 MG per tablet, Take 1 tablet by mouth every 6 (six) hours as needed.,

**HATTIESBURG CLINIC**

Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

Disp: 10 tablet, Rfl: 0
No Known Allergies
**Social History**

Social History
- Marital status:                          Divorced
      Spouse name:                      N/A
- Number of children:                 N/A
- Years of education:                 N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:                      Former Smoker
      Types:                                Cigarettes
- Smokeless tobacco:             Never Used
- Alcohol use                            No
- Drug use:                               No
- Sexual activity:                      Not on file

Other Topics                                                            Concern
- Not on file

Social History Narrative
- No narrative on file

**Past Surgical History:**
Procedure
- ANKLE                                                    Laterality          Date
                                                                 Right

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

Review of Systems
Constitutional: Negative for fever.
HENT: Positive for congestion. Negative for ear discharge, ear pain, hearing loss, nosebleeds, rhinorrhea, sneezing, sore throat, tinnitus and voice change.
Eyes: Negative for visual disturbance.
Respiratory: Negative for wheezing.
Cardiovascular: Negative for palpitations.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for decreased urine volume.
Musculoskeletal: Negative for myalgias **(no TMJ pain)**.
Skin: Negative for rash.
Neurological: Negative for dizziness and seizures.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: The patient is not hyperactive.

**Objective:**

 **HATTIESBURG CLINIC**    Document #: 1    Filed 04/13/2018    Page 33 of 72
Bell, Scott
MRN: 3180502, DOB: 9/3/1988, Sex: M
Encounter date: 11/3/2017

Physical Exam

**Vitals signs** reviewed
**Constitutional:** pt appears well-developed and well-nourished. No distress.
**Head:** He has some bruising and contusion around the left eye. He has some scleral redness on the left side.
No obvious step-offs are appreciated on the infraorbital rim or ZF suture line.
**Right Ear:** Hearing ok , tympanic membrane intact and the middle ear space is clear, external ear and ear canal normal.
**Left Ear:** Hearing ok, tympanic membrane intact and the middle ear space is clear, external ear and ear canal normal.
**Nose:** No external deformity
**inferior turbinates** no significant hypertrophy
**Septum** no significant septal deviation
**Osteomeatal complex** is open left / right.
**Mouth/Throat:** Mucous membranes are normal. . No oral lesions (lips, tongue, pharynx).. No oropharyngeal exudate. Dentition is okay. His occlusion he states is fine. He still has some bruising of his left gingivobuccal sulcus

**mirror laryngoscopy**
nasopharynx not seen
hypopharynx nl
supraglottis nl
cords   poorly visualized
**voice**   clear
**Eyes:** EOM are normal. Scleral redness on the left
**Neck:** Normal range of motion. Carotid bruit is not present. No mass and no thyromegaly present.
**salivary glands**
parotid         normal, soft
submandibular  normal , soft
**Cardiovascular:** Regular rhythm
**Pulmonary/Chest:** Effort normal , breathing normal
**Abdominal:** non protuberant
**Musculoskeletal:** TMJ non tender to touch bilaterally
**Lymphadenopathy:**
no significant palpable adenopathy
**Neurological:** pt is alert. No cranial nerve deficit.
**Skin:** no head and neck lesions no eczema or rashes
**Psychiatric:** He has a normal mood and affect.

This patient's CT scan was reviewed. He has a minimally displaced left zygomatic malar complex fracture. He has no evidence of orbital entrapment or orbital blowout. There is no air in soft tissues and no significant blood in the sinus.

**Assessment/Plan:**

1.    **Zygomatic fracture, left side, initial encounter
for closed fracture (HCC Code)**



Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

This patient has a favorable fracture at this time. Displacement is minimal on the initial image

I have suggested soft diet and observation
Positioning at night with elevation of head of bed and sleeping more on the right than the left
No surgery is indicated at this time. Recheck as needed
Disclaimer: This dictation was done with naturally speaking dragon dictation system and may contain
unintended typographical errors created through the transciption system.

Electronically signed by John D Sobiesk, MD at 11/03/17 1153

**NOTES**

**Patient Instructions by Crystal G Carter, LPN at 11/03/17 1040**                                                   Version 2 of 2
Author: Crystal G Carter, LPN              Service: (none)                      Author Type: Licensed Nurse
Filed: 11/03/17 1153                       Encounter Date: 11/3/2017            Status: Addendum
Editor: John D Sobiesk, MD (Physician)
Related Notes: Original Note by Crystal G Carter, LPN (Licensed Nurse) filed at 11/03/17 1101

Your blood pressure reading fell within the "pre-hypertension" category. Your blood pressure should be
rechecked within 1 year. Steps you can take to lower your blood pressure are diet and exercise. Your diet
should be low in saturated and trans fat, cholesterol, and total fat. It should be rich in fruits, vegetables, and
low-fat dairy foods. Choose fewer servings of red meat, sweets, and drinks that contain sugar. Cut back on
the amount of salt in your diet.
This patient has a favorable fracture at this time. Displacement is minimal on the initial image

I have suggested soft diet and observation
Positioning at night with elevation of head of bed and sleeping more on the right than the left
No surgery is indicated at this time. Recheck as needed

**Patient Instructions by Crystal G Carter, LPN at 11/03/17 1040**                                                   Version 1 of 2
Author: Crystal G Carter, LPN              Service: (none)                      Author Type: Licensed Nurse
Filed: 11/03/17 1101                       Encounter Date: 11/3/2017            Status: Signed
Editor: Crystal G Carter, LPN (Licensed Nurse)
Related Notes: Addendum by John D Sobiesk, MD (Physician) filed at 11/03/17 1153

Your blood pressure reading fell within the "pre-hypertension" category. Your blood pressure should be
rechecked within 1 year. Steps you can take to lower your blood pressure are diet and exercise. Your diet
should be low in saturated and trans fat, cholesterol, and total fat. It should be rich in fruits, vegetables, and
low-fat dairy foods. Choose fewer servings of red meat, sweets, and drinks that contain sugar. Cut back on
the amount of salt in your diet.

**Progress Notes by John D Sobiesk, MD at 11/03/17 1040**                                                           Version 1 of 1
Author: John D Sobiesk, MD                 Service: (none)                      Author Type: Physician
Filed: 11/03/17 1153                       Encounter Date: 11/3/2017            Status: Signed
Editor: John D Sobiesk, MD (Physician)

**Subjective:**

**Patient ID:** Scott E Bell is a 51 y.o. male with facial fractures.

HPI



MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

**NOTES (continued)**

Progress Notes by John D Sobiesk, MD at 11/03/17 1040 (continued)                Version 1 of 1

This patient was placed in the face last week. His head CT was clear. His CT of the face identified facial fractures. He was sent to the office for follow-up with me as I was on trauma call. He states he still has some numbness in his face. His teeth fit together fine. He is having no double vision. He is using a soft diet.

Current Outpatient Prescriptions:
• HYDROcodone-acetaminophen 5-325 MG per tablet, Take 1 tablet by mouth every 6 (six) hours as needed., Disp: 10 tablet, Rfl: 0
No Known Allergies
**Social History**

Social History
• Marital status:                                    Divorced
     Spouse name:                               N/A
• Number of children:                          N/A
• Years of education:                          N/A

Occupational History
• Not on file.

Social History Main Topics
• Smoking status:                              Former Smoker
     Types:                                          Cigarettes
• Smokeless tobacco:                        Never Used
• Alcohol use                                     No
• Drug use:                                        No
• Sexual activity:                               Not on file

Other Topics                                                          Concern
• Not on file

Social History Narrative
• No narrative on file

**Past Surgical History:**
Procedure                                          Laterality          Date
• ANKLE                                             Right

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

Review of Systems
Constitutional: Negative for fever.
HENT: Positive for congestion. Negative for ear discharge, ear pain, hearing loss, nosebleeds, rhinorrhea, sneezing, sore throat, tinnitus and voice change.
Eyes: Negative for visual disturbance.
Respiratory: Negative for wheezing.
Cardiovascular: Negative for palpitations.



Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

NOTES (continued)

Progress Notes by John D Sobiesk, MD at 11/03/17 1040 (continued)                    Version 1 of 1

Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for decreased urine volume.
Musculoskeletal: Negative for myalgias (no TMJ pain).
Skin: Negative for rash.
Neurological: Negative for dizziness and seizures.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: The patient is not hyperactive.


**Objective:**
Physical Exam

**Vitals signs** reviewed
**Constitutional**: pt appears well-developed and well-nourished. No distress.
**Head**: He has some bruising and contusion around the left eye.  He has some scleral redness on the left side.
No obvious step-offs are appreciated on the infraorbital rim or ZF suture line.
**Right Ear**: Hearing ok , tympanic membrane intact and the middle ear space is clear, external ear and ear
canal normal.
**Left Ear**:  Hearing ok, tympanic membrane intact and the middle ear space is clear, external ear and ear canal
normal.
**Nose**: No external deformity
**inferior turbinates** no significant hypertrophy
**Septum**  no  significant septal deviation
**Osteomeatal complex** is open left / right.
**Mouth/Throat**: Mucous membranes are normal. . No oral lesions (lips, tongue, pharynx).. No oropharyngeal
exudate.  Dentition is okay.  His occlusion he states is fine.  He still has some bruising of his left gingivobuccal
sulcus

**mirror laryngoscopy**
nasopharynx not seen
hypopharynx  nl
supraglottis  nl
cords   poorly visualized
**voice**   clear
**Eyes**: EOM are normal.  Scleral redness on the left
**Neck**: Normal range of motion. Carotid bruit is not present. No mass and no thyromegaly present.
**salivary glands**
parotid         normal, soft
submandibular  normal , soft
**Cardiovascular**: Regular rhythm
**Pulmonary/Chest:** Effort normal , breathing normal
**Abdominal**:  non protuberant
**Musculoskeletal**:  TMJ  non tender to  touch bilaterally
**Lymphadenopathy:**
no significant palpable adenopathy
**Neurological**: pt is alert. No cranial nerve deficit.
**Skin**:  no head and neck lesions no eczema or rashes
**Psychiatric**: He has a normal mood and affect.



MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

NOTES (continued)

Progress Notes by John D Sobiesk, MD at 11/03/17 1040 (continued)                    Version 1 of 1

This patient's CT scan was reviewed.  He has a minimally displaced left zygomatic malar complex fracture.  He has no evidence of orbital entrapment or orbital blowout.  There is no air in soft tissues and no significant blood in the sinus.

**Assessment/Plan:**

1.    **Zygomatic fracture, left side, initial encounter for closed fracture (HCC Code)**

This patient has a favorable fracture at this time.  Displacement is minimal on the initial image

I have suggested soft diet and observation
Positioning at night with elevation of head of bed and sleeping more on the right than the left
No surgery is indicated at this time.  Recheck as needed
Disclaimer:  This dictation was done with naturally speaking dragon dictation system and may contain unintended typographical errors created through the transciption system.

**Disposition**
    Return for Follow up with PCP for Blood Pressure Recheck.

**Encounter Messages**
    No messages in this encounter

    No questionnaires available.

**Encounter-Level Documents - 11/03/2017:**

    Document on 11/3/2017 1153 by John D Sobiesk, MD : After Visit Summary (below)

**HATTIESBURG CLINIC**

Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

**Encounter-Level Documents - 11/03/2017: (continued)**

---

## AFTER VISIT SUMMARY

Scott E. Bell DoB: 9/3/1966

**HATTIESBURG CLINIC**
415 South 28th Ave, Hattiesburg, MS 39401

📅 11/3/2017 10:40 AM  📍 Ear, Nose & Throat 601-579-3310



### Instructions from John D Sobiesk, MD

Your blood pressure reading fell within the "pre-hypertension" category. Your blood pressure should be rechecked within 1 year. Steps you can take to lower your blood pressure are diet and exercise. Your diet should be low in saturated and trans fat, cholesterol, and total fat. It should be rich in fruits, vegetables, and low-fat dairy foods. Choose fewer servings of red meat, sweets, and drinks that contain sugar. Cut back on the amount of salt in your diet.
This patient has a favorable fracture at this time. Displacement is minimal on the initial image.

I have suggested soft diet and observation
Positioning at night with elevation of head of bed and sleeping more on the right than the left
No surgery is indicated at this time. Recheck as needed

🔲 Return for Follow up with PCP for Blood Pressure Recheck.

### What's Next

You currently have no upcoming appointments scheduled.

Thank you for choosing Hattiesburg Clinic for your health care needs. We are glad to serve you and happy to provide you with this summary of your visit with John D. Sobiesk, MD. Please help us ensure we have accurate records; if you find something incorrect please let our staff know.

If your provider has ordered a referral to another department or has ordered a procedure that requires scheduling, you should receive a phone call from Hattiesburg Clinic within 3 business days to schedule the service at a time that is convenient for you. If you have not received a call within 3 business days to schedule this, please contact your provider listed at the top of this document.

### Allergies

No Known Allergies

### Today's Visit

You saw John D Sobiesk, MD on Friday November 3, 2017 for: Facial Injury. The following issue was addressed: Zygomatic fracture, left side, initial encounter for closed fracture (HCC Code).

❤️ Blood Pressure **139/93**

👤 BMI **32.54**

⚖️ Weight **214 lb**

📏 Height **5' 8"**

💗 Pulse **80**

### Iris Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://iris.hattiesburgclinic.com/iris/, click "Sign Up Now", and enter your personal activation code: WN8HR-H324F-GBHJC. Activation code expires 12/24/2017.

Scott E. Bell (MRN: 3180502) • Printed by [1944] at 11/3/17 11:53 AM

Page 1 of 4  **Epic**



Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

**Encounter-Level Documents - 11/03/2017: (continued)**

## Patient PCP Information

None on File

🔒**Please follow-up with your PCP to schedule an appointment for your current health reminders**

| | Due |
|---|---|
| PROSTATE CANCER YEARLY SCREENING | 09/03/2016 |
| INFLUENZA VACCINE | 08/01/2017 |
| ADULT TETANUS VACCINE (2) | 10/25/2027 |

## HBC Iris Information

November 3, 2017

Scott E Bell
1202 Pine Court
Columbia MS 39429

Dear Mr. Bell:

Thank you for enrolling in Iris. Please follow the instructions below to securely access your online medical record. Iris allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

### How Do I Sign Up?

1. In your Internet browser, go to http://iris.hattiesburgclinic.com
2. Click on the **"Sign Up Now"** link below the Sign-In box and you will be taken to the new member activation page.
3. Enter your Iris Access Code exactly as it appears below. You will not need to use this code after you have completed the sign-up process. If you do not sign up before the expiration date, you must request a new code.
    Iris Access Code: WN8HR-H324F-GBHJC
    Expires: 12/24/2017 12:54 AM
4. Enter the last four digits of your Social Security Number (xxxx) and Date of Birth (mm/dd/yyyy) as indicated and click Next. You will be taken to the next sign-up page.
5. Create a Iris ID. This will be your Iris login ID and cannot be changed, so think of one that is secure and easy to remember.
6. Create a Iris password. You can change your password at any time.
7. Enter your Password Reset Question and Answer and click **Next**. This can be used at a later time if you forget your password.



Case: 46CI1:18-cv-00133-AM    Document #: 1    Filed: 04/19/2018    Page 40 of 72

**HATTIESBURG CLINIC**

Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

Encounter-Level Documents - 11/03/2017: (continued)

8. Select your communication preference, and if applicable enter your e-mail address. You will receive e-mail notification when new information is available in Iris by choosing to receive e-mail notifications and filling in your e-mail.
9. Click **Sign In.** You can now view your medical record.

**Additional Information**

If you have questions, you can email iris.him@hattiesburgclinic.com or call 601-579-5432 to talk to our Iris staff. Remember, Iris is NOT to be used for urgent needs. For medical emergencies, dial **911.**

Sincerely,

John D. Sobiesk, MD
**Ear, Nose & Throat**
1605 South 28th Avenue
Hattiesburg MS 39401
Phone: 601-579-3310
Fax: 601-264-0231

## Patient Instructions for Elevated Blood Pressure

Your blood pressure was found to be elevated today in the 'pre-hypertension' range, and you need to have it re-evaluated by a medical provider according to what you were instructed in your visit today.

## Patient Instructions for BMI

Your BMI is outside of the healthy range according to the CDC
Your BMI is outside of the normal healthy range of 18 - 25 for patients between the ages of 18-64.

Maintaining a BMI in the normal range is just one part of staying well. Please review information on DASH eating plan, exercise and healthy BMI from the following sources:

https://www.nhlbi.nih.gov/health/health-topics/topics/obe

https://www.nhlbi.nih.gov/health/health-topics/topics/obeDiet plan


**HATTIESBURG CLINIC**

Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

Encounter-Level Documents - 11/03/2017: (continued)

## Your Medication List   as of 11/3/17 11:53 AM

Always use your most recent med list.

HYDROcodone-acetaminophen 5-325 MG per tablet     Take 1 tablet by mouth every 6 (six) hours as needed.

Scott E. Bell (MRN: 3180502) • Printed by [1944] at 11/3/17 11:53 AM                    Page 4 of 4  Epic



Bell, Scott
MRN: 3180502, DOB: 9/3/1966, Sex: M
Encounter date: 11/3/2017

**Encounter-Level Documents - 11/03/2017: (continued)**

**Order-Level Documents:**
There are no order-level documents.

No results for this visit
**Discharge Instructions**                                                        Bell, Scott (MR # 3180502)
None

## END OF REPORT

**Report Settings**

| | | |
|---|---|---|
| Account: | BELL,SCOTT E [462439] | Hattiesburg Clinic, P.A. |
| Patient: | BELL,SCOTT [3180502] | |
| Submission Information | | Hattiesburg Clinic, P.A. |
| User: | [ 9146] | |
| Time: | Thu Nov 16, 2017 11:37 AM | |

**Transaction Information**

| | | | Service Date From | Service Date To | Total Amount |
|---|---|---|---|---|---|
| Charges | | | 10/25/2017 | 11/16/2017 | 216.00 |
| Tx # | Procedure | Diagnoses | Service Provider | Date | Amount |
| 6 | 99204-PR OFFICE OU... | S02.40FA-Zygomatic fr... | John D Sobiesk, MD [972] | 11/03/2017 | 216.00 |
| | (Match Pmt) 7 | 2000-INSURANCE PAYMENT (INSURANCE) | | 11/14/2017 | 122.16 |
| | (Match Adj) 8 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 11/14/2017 | 63.30 |
| Payments | | | Matched to charges | | 122.16 |
| Adjustments | | | Matched to charges | | 63.30 |

Note: This report contains only those payments and adjustments which are matched to the charges listed in the Charges section.



**ForrestGeneral**
H O S P I T A L
Forrest Health℠

11/14/2017

**Guarantor:**

| |
|---|
| Scott E Bell |
| 1202 Pine Court |
| COLUMBIA, MS 39429 |

**Service Location:** Forrest General Hospital

**Insurance Coverage on File:** VA MEDICAL CENTER - VA MEDICAL CENTER

**Current Account Balance:** 2,835.95

**This is not a bill. This is an itemization of hospital services for:**

| Patient: | Hospital Account: | Admission Date: | Discharge Date: |
|---|---|---|---|
| **Bell,Scott** | 900837947 | 10/25/17 | 10/25/17 |

Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/25/17 | 0636 | 90714 | TETANUS AND DIPHTHERIA TOXOIDS ADSORBED (ADULT) 5-2 LFU INJ | 1 | 68.95 |
| 10/25/17 | 0771 | 77100001 | HB IMMUNIZATN SQ/IM/ID/JET,SINGLE | 1 | 114.00 |
| 10/25/17 | 0351 | 35110001 | HB CT-HEAD W/O CONTRAST | 1 | 1,768.00 |
| 10/25/17 | 0450 | 45030174 | HB ER LEVEL 4-COMPLEX | 1 | 885.00 |
| Total charges: | | | | | 2,835.95 |
| Total payments and adjustments: | | | | | |

**For questions regarding this itemization,please contact Patient Financial Services Customer Service at (601)288-2032.**

**Forrest General Hospital**
**6051 US Highway 49**
**Hattiesburg, MS  39401-7243**

STATEMENT

## Visit our Website: www.patientnotebook.com/CRS

**Radiologist's Message**

Thank you for allowing our radiologists to be a part of your care! You may also receive an additional bill from the hospital for their portion of these services.

### SUMMARY OF CHARGES

| DUE DATE | LAST PAYMENT DATE | PATIENT | ACCOUNT# | STATEMENT ID |
|---|---|---|---|---|
| 11/26/17 | 01/01/0001 | SCOTT E BELL | 248133 | 956864271 |

| DATE | CODE | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|
| 10/25/17 | 70450 | CT SCAN HEAD/BRAIN NO C | $198.00 |
| 10/25/17 | 70486 | CT MAXILLOFACIAL NO CONT | $209.00 |
| | | PAYMENTS/ADJUSTMENTS | $0.00 |
| | | BALANCE PENDING WITH INSURANCE | (198.00) |

| STATEMENT DATE | SERVICE LOCATION | PRIMARY INSURANCE | SECONDARY INSURANCE |
|---|---|---|---|
| 11/05/2017 | FORREST GENERAL HOSPITAL | VA VISN 16 FEE UNIT | |

For Billing Questions: 866-494-8260

**PLEASE PAY THIS AMOUNT**   $209.00

Patient Services Available At Our Website: www.patientnotebook.com/CRS

* Pay Your Bills Online
* Update Your Insurance
* Setup A Payment Plan

* View Itemized Statement
* Update Your Address
* Update Your Personal Information

* Register For Electronic Statements
* Various Patient Forms
* Ask A Question

↓ DETACH HERE AND RETURN THIS BOTTOM PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED ↓

Comprehensive Rad Services
5000 W Fourth St
Hattiesburg, MS 39402-1000

FORWARDING SERVICE REQUESTED



Visit our website: www.patientnotebook.com/CRS
Statement ID: 956864271

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 11/05/2017 | 248133 | $209.00 |
| DUE DATE | | AMOUNT ENCLOSED |
| 11/26/17 | | |

122267-262-8885490

Still have a Question?
Please have your insurance card ready and call **866-494-8260**

122267 - 262



SCOTT E BELL
1202 PINE CT
COLUMBIA MS 39429-2114

MAKE CHECK PAYABLE AND REMIT TO:

Comprehensive Rad Services
5000 W 4TH ST
HATTIESBURG MS 39402-1000

J0009568642710000088222000002090000001.

Case 2:18-cv-00133-AM    Document #:    Filed: 04/19/2018    Page 46 of 62

PO Box 3488
Dept# 05-105
Tupelo, MS. 38803-3488

OFFICE PHONE NUMBER: 1-601-268-5734

ACCOUNT NAME: Scott E Bell
STATEMENT #: 4934117

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 10/27/17 | $60.00 | 462439 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.    SHOW AMOUNT PAID HERE  $

MAKE CHECKS PAYABLE / REMIT TO:

126171-3569

Scott E Bell
1202 PINE CT
COLUMBIA MS  39429-2114

HATTIESBURG CLINIC, PA
PO Box 3488
Dept# 05-105
Tupelo, MS. 38803-3488

] Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

0000046243900004934117000000060002

| Account Name | Account # | Statement Date | Statement # | Balance |
|---|---|---|---|---|
| Scott E Bell | 462439 | 10/27/17 | 4934117 | $60.00 |

| Date of Service | Description | Provider | Charges | Insurance Activity | Patient Activity | Patient Responsible |
|---|---|---|---|---|---|---|
| | Patient: SCOTT BELL | | | | | |
| 10/25/17 | 85610 PROTHROMBIN TIME PATIENT RESPONSIBLE | Leigh A Strong, MD | 15.00 | | | |
| 10/25/17 | 85730 THROMBOPLAS TIME PARTIAL PATIENT RESPONSIBLE | Leigh A Strong, MD | 15.00 | | | 15.00 |
| 10/25/17 | 80048 BASIC METABOLIC PANEL CALCIUM TOTAL PATIENT RESPONSIBLE | Leigh A Strong, MD | 15.00 | | | 15.00 |
| 10/25/17 | 85025 COMPLETE CBC & AUTO DIFF WBC PATIENT RESPONSIBLE | Leigh A Strong, MD | 15.00 | | | 15.00 |
| | | | | | | 15.00 |

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 120+ Days | Balance |
|---|---|---|---|---|---|
| $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 |

ALL PATIENT RESPONSIBLE BALANCES ARE DUE UPON RECEIPT OF STATEMENT. PROMPT PAYMENT IS APPRECIATED.

1 of 1



**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

126171 - 3569

**MAKE CHECKS PAYABLE TO**

SOUTH MISSISSIPPI EMRG PHYS PA
PO BOX 3488 DEPT# 05-137
TUPELO, MS 38803-3488

HOURS: Mon – Fri 8:00 AM - Noon
1:00 PM to 5:00 PM, P.S.T.

**FOR BILLING INQUIRIES CALL: (844) 301-0806**

Patient Services is closed for lunch from 12:00 noon until 1:00 PM, P.S.T.

**ADDRESSEE:**

EGN1226A AUTO ALL FOR AADC 365
7000016818 04.0014.0244 16818/1

SCOTT BELL
1202 PINE CT
COLUMBIA MS 39429-2114

☐ PLEASE CHECK BOX IF ADDRESS OR INSURANCE
HAS CHANGED, INDICATE CHANGE(S) ON REVERSE SIDE.
DETACH AND RETURN WITH PAYMENT

| CREDIT CARD CHOICES | ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER | ☐ AMEX |
|---|---|---|---|---|

CARD NUMBER

SIGNATURE                    EXP. DATE

| CLIENT | ACCOUNT NUMBER | DUE DATE | ACCOUNT BALANCE |
|---|---|---|---|
| SHM | 32896858 | 1/19/2018 | $931.00 |

A SERVICE FEE WILL BE CHARGED FOR ANY CHECK RETURNED UNPAID
MINIMUM $50.00 PAYMENT OR AMOUNT DUE

**Pay at www.erstatement.com**

**REMIT TO:**

SOUTH MISSISSIPPI EMERGENCY PHYSICIANS
PO BOX 3488 DEPT# 05-137
TUPELO MS 38803-3488

SHM000032896858122620170000000931009

**STATEMENT**

Payments for less than full balance shall not constitute payment in full. For Disputes, send documentation of dispute to Director of Compliance, PO Box 661295, Arcadia, CA 91066-1295

Unless this bill is paid in full by the due date, the provider reserves the right to seek all available insurance coverage and sources to expedite payment.

| CLIENT | ACCOUNT NO. | STATEMENT DATE | PATIENT NAME | TAX ID NO. | DATE OF LAST PAYMENT |
|---|---|---|---|---|---|
| SHM | 32896858 | 12/26/17 | SCOTT E BELL | 640661848 | |

| DATE | RP | PS | EXAM CODE | SERVICE DESCRIPTION | DIAGNOSIS CODE | CHARGE AMOUNT |
|---|---|---|---|---|---|---|
| 10/25/17 | 1 | 23 | 99285 | EMERGENCY PHYSICIAN SERVICE | S02.82XA | $931.00 |

**IMPORTANT NOTICE - THIS IS THE ONLY ITEMIZED STATEMENT OF SERVICES YOU WILL RECEIVE, PLEASE RESPOND NOW**
Your account must be paid in full within 90 days of the date of this statement unless minimum payments of $50.00 are made by the due date or it will become delinquent. Any balance remaining on a delinquent account will automatically be assigned to a collection agency. Partial payments less than $50.00 will not extend the delinquency date of your account.

**To pay online go to www.erstatement.com · Your password is: 7C976C0C16**

IF YOU HAVE INSURANCE PLEASE PROVIDE US YOUR POLICY INFORMATION SO A CLAIM MAY BE FILED WITH YOUR INSURANCE COMPANY. OTHERWISE PAYMENT IS DUE UPON RECEIPT.

| CURRENT MONTH | OVER 1 MONTH | OVER 2 MONTHS | MINIMUM $50.00 PAYMENT OR AMOUNT DUE | ACCOUNT BALANCE |
|---|---|---|---|---|
| $0.00 | $931.00 | $0.00 | DUE DATE:1/19/2018 | $931.00 |

| RP RENDERING PROVIDERS | PS PLACES OF SERVICE |
|---|---|
| 1 - FARMER, MICHAEL, DO | 23 - EMERGENCY ROOM |
| 2 - | |
| 3 - | |
| 4 - | |

FORREST GENERAL HOSPITA

PAGE 1 OF 1

SOUTH MISSISSIPPI EMRG PHYS PA          PRIMARY INS: VETERANS ADMINISTRATION

**FOR BILLING INQUIRIES CALL: (844) 301-0806**

OFFICE HOURS: Mon – Fri 8:00 AM - Noon
1:00 PM to 5:00 PM, P.S.T.

THIS DOCUMENT CONTAINS PROTECTED HEALTH CARE INFORMATION AND IS SUBJECT TO PRIVACY REGULATIONS PURSUANT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL DOCUMENT TO US AT THE ADDRESS LISTED BELOW, VIA U.S. POSTAL SERVICE. THANK YOU FOR YOUR COOPERATION. FOR MORE INFORMATION REGARDING YOUR PRIVACY RIGHTS, PLEASE WRITE TO: DIRECTOR OF COMPLIANCE, P.O. BOX 661295, ARCADIA, CALIFORNIA, 91066-1295.

PO Box 17889
Hattiesburg MS 39404-7889
Case: 16CI1:16-cv-00133-AM    Document #: 1    Filed: 04/19/2018    Page 48 of 72

RETURN SERVICE REQUESTED

Billing Inquiries: (601) 264-2221 or (800) 352-7494
To Pay Online Visit: www.aaaambulance.net

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER    ☐ AMER.EXP.
CARD NUMBER
EXP. DATE    AMOUNT
SIGNATURE    MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 11/21/2017 | $265.48 | 17-63652 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE $

Stmt ID#: 969489523



97960-259

SCOTT BELL
1202 PINE CT
COLUMBIA MS 39429-2114

006033

AAA Ambulance Service
PO BOX 17889
HATTIESBURG MS 39404-7889

| Date Of Service | Description of Charge | | Qty. | Unit Price | Amount |
|---|---|---|---|---|---|
| 10/25/2017 | A0429 | BLS Emergency | 1 | 785.00 | 785.00 |
| 10/25/2017 | A0425 | BLS Mileage | 29.5 | 18.00 | 531.00 |

| Description of Payment | Receipt | Payment Date | Amount |
|---|---|---|---|
| Tricare South Regions | 5128601306 | 11/10/2017 | 136.67 |
| Tricare South Regions | 5128601306 | 11/10/2017 | 209.76 |
| Tricare South Regions | 5128601306 | 11/10/2017 | 704.09 |

Patient Name:     SCOTT BELL
Due Date:         12/01/2017

| Please Pay This Amount |
|---|
| 265.48 |

| | |
|---|---|
| Over 30 Days: | 0.00 |
| Over 60 Days: | 0.00 |
| Over 90 Days: | 0.00 |
| Over 120 Days: | 0.00 |
| Total Gross Charges: | 1,316.00 |
| Total Other Credits: | 704.09 |
| Total Contractual Allowances: | .00 |
| Total Payments: | 346.43 |

97960-259



*Walgreens*

#13609 1028 HIGHWAY 98 BYP
COLUMBIA, MS 39429
601-736-0368

801    9625    0091    10/25/2017 6:09 PM

FSA RX 0445157                          5.06
FSA RX 0445158                          3.82

    TOTAL                               5.00
    CASH                               10.00
    CHARGE                              4.12

TOTAL FSA ITEMS                         0.00
TOTAL RX ITEMS                          5.88
TOTAL FSA AND RX ITEMS                  5.88

APPROVED FSA/HRA AMOUNT                 0.00

THANK YOU FOR SHOPPING AT WALGREENS

YOU COULD HAVE EARNED AN ADDITIONAL 200
POINTS BY USING YOUR BALANCE REWARDS
CARD TODAY. RESTRICTIONS APPLY. FOR
TERMS AND CONDITIONS, VISIT
WALGREENS.COM/BALANCE.

NOT A MEMBER? JOIN NOW AT ANY REGISTER,
OR GO TO WALGREENS.COM/BALANCE.
ENROLLING IS QUICK, EASY AND FREE!
REDEEM POINTS FOR DOLLARS OFF FUTURE
PURCHASES.

RFN# 1360-9919-6254-1710-2503



"C"





# CITY OF COLUMBIA PD
## ANIMAL CONTROL

**CASH RECEIPT**    6131

Received of: Connie Bell

Address: 118 C & S Rd

City: Columbia    State: MS    Zip: 39429

Driver's License No.:

Date: 10/25/17    Time:

Telephone No.: (601) 336-4405

For: RTO: 1 puppy

Amount Paid: $ 50.⁰⁰

Cash ☒    Check ☐

Purchaser's Signature: Connie Joy Bell

Animal Control Employee Sig.:



TONY'S SMALL ENGINE
116 SOUTH HIGHSCHOOL AVE.
COLUMBIA, MS 39429

Date 10-24-2017

M C.E.I.140812 1689

Address Tony # 127196

Reg. No. 1055 PM

1  Chevy Truck .................... 175-00
2
3  Shrus-30pm Day ................ 30-00
4
5  601-747-6956 ................... 205-00
6
7
8  Pd Cash
9
10
11                                Tax  14.35
12
13
14  09-715-41
15  219.35

# Results

Drug screen, basic, serum (Order 102667758)

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 10/27/17 1446 | 10/27/17 1446 | 10/27/17 1445 | 10/27/17 1445 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| ONCE | 1 occurrence | STAT | Unit Collect |

## Order Comment

Run with blood drawn 10/25/17

## Encounter

View Encounter

## Reprint Requisition

Drug screen, basic, serum (Order #102667758) on 10/27/17

## Printing Report

| Report ID | Report Name | | Print |
|---|---|---|---|
| 2105090030 | HBC QUEST LABEL REPRINT | | Print |

## Collection Information

Specimen ID: 17R-300R0044
Collected: 10/25/2017 1:09 AM
　　　　　ROWELL, BRANDON
Received: 10/31/2017 2:06 AM

Blood
Resulting Agency: FGH QUEST
　　　　　　　　19225 Newbrook Drive
　　　　　　　　Chantilly VA 20153-0841

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | David Albritton, RN | -- | -- | -- |
| Authorizing Provider | Robert Coleman, MD | 601-740-2153 | -- | -- |

## View Smartlink Info

Drug screen, basic, serum (Order #102667758) on 10/27/17

## Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 10/27/17 1446 | Release | David Albritton, RN (auto-released) | From Order: 102667756 |
| 11/05/17 0753 | Result | Fgh, Incoming Lab Results From Quest | Final |



NPI Info

**Electronically Signed By:** Robert Coleman, MD
NPI #: 1225079759

ForrestHealth    @Marion General Hospital
                 1560 SUMRALL RD
Case: 46CI1:18-cv-00133-AM    COLUMBIA MS 39429    MRN: 20070360
                                                   DOB: 9/3/1966, Sex: M
                                   Filed: 04/19/2019, Age: 51 of 72
                                   Adm. 10/24/2017, D/C 10/25/2017

ED Provider Notes by Robert Coleman, MD at 10/24/17 2357

Author: Robert Coleman, MD          Service: Emergency Medicine      Author Type: Physician
Filed: 10/25/17 0115                Date of Service: 10/24/17 2357    Status: Signed
Editor: Robert Coleman, MD (Physician)

**NAME:** Scott E Bell
**CSN:** 1032896670
**MRN:** 20070360
**ADMIT DATE:** 10/24/2017

### EMERGENCY DEPARTMENT ENCOUNTER

#### CHIEF COMPLAINT
**Chief Complaint**
Patient presents with
• Facial Pain
    *Upper Left face/Jaw Paintrauma 30 minutes ago during an incident with the police*

#### HPI
Scott E Bell is a 51 y.o. male who presents after being allegedly assaulted by a police officer. The patient was struck in the left side of the face with a fist he thinks. He had no loss conscious but immediate swelling and pain in the left periorbital region. He presents now for further evaluation of the area. The patient states he has no other medical problems. He does not take medications daily. He has been unable to open his eye to evaluate his vision.

#### CURRENT MEDICATIONS
**Patient's Medications**
No medications on file

#### ALLERGIES
No Known Allergies

#### PAST MEDICAL HISTORY
**Past Medical History:**

|  | Date |
|---|---|
| • Head trauma | |
| • PTSD (post-traumatic stress disorder) | 10/24/2017 |

#### SURGICAL HISTORY
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ANKLE | Right | |

#### SOCIAL HISTORY
**Social History**

Social History
• Marital status:        Divorced
    Spouse name:         N/A

**⚙J ForrestHealth**     1560 SUMRALL RD                    MRN: 20070360
Case: 46CI1:18-cv-00133-AM  COLUMBIA MS 39429   Filed: 04/19/2018 9/3/1966  Sex: M72
                                                                    Adm. 10/24/2017, D/C 10/25/2017

---

**ED Provider Notes by Robert Coleman, MD at 10/24/17 2357 (continued)**
- Number of children:              N/A
- Years of education:              N/A

Social History Main Topics
- Smoking status:                  Former Smoker
    Types:                         Cigarettes
- Smokeless tobacco:               Never Used
- Alcohol use                      No
- Drug use:                        No
- Sexual activity:                 Not Asked

Other Topics                                           Concern
- None

Social History Narrative
- None


**FAMILY HISTORY**
History reviewed. No pertinent family history.

**REVIEW OF SYSTEMS**
<u>Constitutional:</u>  No fever, chills, or weakness.
<u>Eyes:</u>  No redness, pain, or discharge. No vision changes.
<u>HENT:</u>  No ear pain, no headache, no rhinorrhea, no throat pain.
<u>Respiratory:</u>  No wheezing, cough, or shortness of breath.
<u>Cardiovascular:</u>  No chest pain, palpitations or edema.
<u>GI:</u>  No abdominal pain, nausea, vomiting, or diarrhea.
<u>GU:</u> No dysuria, no hematuria, or discharge.
<u>Musculoskeletal:</u>  No pain, full range of motion. Good sensation.
<u>Skin:</u>  No rash or abrasions.
<u>Neurologic:</u>  No focal weakness or sensory changes.

All Systems otherwise negative except as noted in the Review of Systems and History of Present Illness.

**PHYSICAL EXAM**
<u>VITAL SIGNS:</u> BP 176/97 (BP Location: Right arm) | Pulse 100 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 20 |
Ht 5' 8" (1.727 m) | Wt 220 lb (99.8 kg) | SpO2 98% | BMI 33.45 kg/m²
<u>Constitutional:</u>  Well developed, Well nourished, Alert & oriented x 3, No acute distress, Non-toxic appearance.
<u>HENT:</u>  Normocephalic, swollen ecchymotic left face with periorbital ecchymosis and edema of the lower greater than upper lid.  Bilateral external ears normal, Oropharynx moist, No oral exudates, External nose negative
<u>Eyes:</u> The right eye demonstrates normal range of motion.  Left eye cannot be clearly visualized.  The patient can see light and dark..
<u>Neck:</u> Normal range of motion, No tenderness, Supple, no carotid bruits.
<u>Respiratory:</u>  Normal breath sounds, No respiratory distress, No wheezing, no rhonchi, no rales.
<u>Cardiovascular:</u>  Normal heart rate, Normal rhythm, No murmurs, No rubs, No gallops.
<u>GI:</u>  Bowel sounds normal, Soft, No tenderness, Nondistended, No masses, No pulsatile masses.
<u>Musculoskeletal:</u>  Intact distal pulses, No edema, No tenderness, No cyanosis, No clubbing. Good range of motion in all major joints. No tenderness to palpation or major deformities noted.

---

ForrestHealth  Marion General Hospital
1560 SUMRALL RD                          MRN: 20070360
Case: 46CI1:18-cv-00133-AM  COLUMBIA MS 39429        DOE, 9/3/1966, Sex M
MJ JACKSON 47                    Filed: 04/12/2019  Page 45 of 72
                                                 Adm. 10/24/2017, D/C 10/25/2017

---

ED Provider Notes by Robert Coleman, MD at 10/24/17 2357 (continued)

**Integument:** Warm, Dry, No erythema, No rash.
**Neurologic:** Normal motor function, Normal sensory function, No focal deficits noted.
**Psychiatric:** Affect normal, Judgment normal, Mood normal.

## LABS

Pertinent labs reviewed. (See chart for details)
No results found for this visit on 10/24/17.

## RADIOLOGY

Ct Facial Bones Without Contrast

Result Date: 10/25/2017
CT OF THE FACIAL BONES WITHOUT CONTRAST History: Facial trauma injury Comparison: None This CT
examination was performed using one or more of the following dose reduction techniques: Automated
exposure control, adjustment of the mA and or kv according to patient size, use of iterative reconstruction
techniques. Technique: Noncontrast CT axial images of the facial bones were obtained with coronal and
sagittal reformatted images performed. Findings: Acute minimally displaced fracture of the left nasal bone is
seen. There is deviation of the nasal septum towards the right. Acute displaced comminuted fracture of the
lateral wall of the left maxillary sinus is seen. A minimally displaced acute fracture of the anterior wall of the left
maxillary sinus is seen. The left zygomatic arch is fractured anteriorly and then in the midportion. The left
zygomatic fracture is minimally displaced. There is an acute slightly displaced fracture of the floor of the left
orbit. Nondisplaced acute fracture of the lateral wall of the left orbit is seen. The medial wall and roof of the left
orbit is intact. There is opacification of the left maxillary sinus. There is extensive left preseptal soft tissue
swelling which extends below the left orbit and left cheek.

Acute fractures of the medial and lateral wall of the left maxillary sinus Acute fractures of the floor and lateral
wall of the left orbit Effective Dose 2 mSv This report was signed by Juan Velez MD on 10/25/2017 12:49 AM.

## PROCEDURES

Procedures

## ED COURSE & MEDICAL DECISION MAKING

ED Course
The patient will be transferred to Dr. Pernes service at Forrest General Hospital.

### Medication Administration from 10/24/2017 2332 to 10/25/2017 0114

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 10/25/2017 0008 | ketorolac (TORADOL) injection 60 mg | 60 mg | Intra muscular | Given | Brandon Rowell, RN | |

Pertinent & Imaging studies reviewed. (See chart for details)

There are no discharge medications for this patient.

ForrestHealth  1560 SUMRALL RD
Case: 46CI1:18-cv-00133-AM  COLUMBIA MS 39429    Filed: 04/19/2018  9/3 Page 60 of M72
MRN: 20070360
Adm. 10/24/2017, D/C 10/25/2017

---

ED Provider Notes by Robert Coleman, MD at 10/24/17 2357 (continued)

**New Prescriptions**
No medications on file

**Discharge Instructions**
None

**Blood Pressure Follow-Up Advised**
Patient advised to follow up with PCP within 3-5 days for blood pressure re-check if blood pressure
is equal to or greater than 120/80.

**FINAL IMPRESSION**
1.  **Multiple closed fractures of facial bone, initial encounter (HCC Code)**

Robert Coleman, MD
10/25/17 0115

Electronically signed by Robert Coleman, MD at 10/25/17 0115

---

**CBC auto differential [102667742]**

| | | | |
|---|---|---|---|
| Awaiting signature from: **Robert Coleman, MD** | | | Status: **Completed** |
| Mode:  Ordering in Verbal with readback mode | | Communicated by:  Brandon Rowell, RN | |
| Ordering user:  Brandon Rowell, RN | | Ordering provider:  Robert Coleman, MD | |
| Authorized by:  Robert Coleman, MD | | | |

Frequency:  STAT Once 10/25/17 0125 - 1  Occurrences
Acknowledged:  Brandon Rowell, RN 10/25/17 0125 for Placing Order

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | — | — |

---

Resulted: 10/25/17 0223, Result status: Final
result

**CBC auto differential [102667745] (Abnormal)**

Ordering provider:  Robert Coleman, MD  10/25/17 0125    Order status:  Completed
Resulting lab:  MGH CC LAB

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | Central/Peripheral Line | Brandon Rowell, RN 10/25/17 0109 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 14.3 | 4.8 - 10.8 bil/L | H | MGHCC |

forresthealth    1560 SUMRALL RD
Case: 46CI1:18-cv-00133-AM    COLUMBIA MS 39429    MRN: 20070360
Document 1-2    Filed: 04/19/2018 9/3/1996, Sex: M of 72
Adm. 10/24/2017, D/C 10/25/2017

| | | | | |
|---|---|---|---|---|
| RBC | 5.56 | 4.50 - 6.00 tril/L | — | MGHCC |
| Hemoglobin | 16.8 | 14.0 - 16.5 g/dL | H | MGHCC |
| Hematocrit | 48.8 | 42.0 - 52.0 % | — | MGHCC |
| MCV | 88 | 81 - 97 fL | — | MGHCC |
| MCH | 30 | 27 - 32 pg | — | MGHCC |
| MCHC | 34 | 32 - 36 g/dL | — | MGHCC |
| RDW | 14.4 | 11.5 - 14.5 % | — | MGHCC |
| Platelet Count- Automated | 232 | 150 - 400 bil/L | — | MGHCC |
| MPV | 8.2 | 7.4 - 10.4 fL | — | MGHCC |
| Granulocyte Relative | 80.8 | 42.2 - 75.2 % | H | MGHCC |
| Lymphocytes Relative | 10.0 | 20.5 - 51.1 % | L | MGHCC |
| Monocytes Relative | 8.6 | 1.7 - 9.3 % | — | MGHCC |
| Eosinophils Relative | 0.4 | .0-<5.0 % | — | MGHCC |
| Basophils Relative | 0.2 | .0-<5.0 % | — | MGHCC |
| Granulocytes Absolute | 11.5 | 1.4 - 6.5 K/UL | H | MGHCC |
| Lymphocyte Absolute | 1.4 | 1.2 - 3.4 K/uL | — | MGHCC |
| Monocyte Absolute | 1.20 | 0.11 - 0.59 K/uL | H | MGHCC |
| Eosinophils Absolute | 0.10 | 0.00 - 0.70 K/UL | — | MGHCC |
| Basophils Absolute | 0.00 | 0.00 - 0.20 K/UL | — | MGHCC |
| ANC | 11,500 | K/uL | — | MGHCC |
| Nucleated RBCS | 0 | /100 | — | MGHCC |

### Basic metabolic panel [102667743]

Awaiting signature from: **Robert Coleman, MD**                    Status: **Completed**
Mode: Ordering in Verbal with readback mode
Ordering user: Brandon Rowell, RN                Communicated by: Brandon Rowell, RN
Authorized by: Robert Coleman, MD                Ordering provider: Robert Coleman, MD
Frequency: STAT Once 10/25/17 0126 - 1 Occurrences
Acknowledged: Brandon Rowell, RN 10/25/17 0125 for Placing Order

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | — | — |

Resulted: 10/25/17 0212, Result status: Final
result

### Basic metabolic panel [102667746] (Abnormal)

Ordering provider: Robert Coleman, MD 10/25/17 0125    Order status: Completed
Resulting lab: MGH CC LAB
Narrative:
eGFR/eGFRaa is not calculated for individuals under the age of 18 years old or
over the age of 90.

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | Central/Peripheral Line | Brandon Rowell, RN 10/25/17 0109 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L | — | MGHCC |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | MGHCC |
| Chloride | 102 | 98 - 107 mmol/L | — | MGHCC |
| CO2 | 22 | 21 - 32 mmol/L | — | MGHCC |

ForrestHealth    1560 SUMRALL RD
Case: 46CI1:18-cv-00133-AMC    DOB: 89/3/1966 Sex: M    MRN: 20070360
Filed: 04/19/2018    Page 63 of 72
Adm. 10/24/2017, D/C 10/25/2017

| | | | | |
|---|---|---|---|---|
| BUN | 18 | 7 - 18 mg/dL | — | MGHCC |
| Creatinine | 0.73 | 0.60 - 1.30 mg/dL | — | MGHCC |
| Glucose | 144 | 70 - 110 mg/dL | H | MGHCC |
| Calcium | 9.1 | 8.5 - 10.1 mg/dL | — | MGHCC |
| Anion Gap | 16 | 3 - 15 mmol/L | H | MGHCC |
| Osmolality Calc | 284 | 275 - 295 mOsmol/kg | — | MGHCC |
| BUN/Creatinine Ratio | 24.7 | 8.0 - 23.0 mg/dL | H | MGHCC |
| Non-AF American GFR | >60 | >=60 mL/min | — | MGHCC |
| AF American GFR | >60 | >=60 mL/min | — | MGHCC |

## PT/PTT [102667744]

Awaiting signature from: **Robert Coleman, MD**    Status: **Completed**
Mode: Ordering in Verbal with readback mode    Communicated by: Brandon Rowell, RN
Ordering user: Brandon Rowell, RN    Ordering provider: Robert Coleman, MD
Authorized by: Robert Coleman, MD
Frequency: STAT Once 10/25/17 0126 - 1 Occurrences
Acknowledged: Brandon Rowell, RN 10/25/17 0125 for Placing Order

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | — | — |

Resulted: 10/25/17 0217, Result status: Final result

## PT/PTT [102667747] (Normal)

Ordering provider: Robert Coleman, MD  10/25/17 0125    Order status: Completed
Resulting lab: MGH CC LAB

Specimen Information

| Type. | Source | Collected By |
|---|---|---|
| Blood | Central/Peripheral Line | Brandon Rowell, RN 10/25/17 0109 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 11.5 | 11.0 - 15.0 seconds | — | MGHCC |
| INR | 1.0 | 1.0 - 1.3 | — | MGHCC |
| aPTT | 26.3 | <=40.0 seconds | — | MGHCC |

## CT facial bones without contrast [102667739]

Electronically signed by: **Robert Coleman, MD** on 10/24/17 2359    Status: **Completed**
Ordering user: Robert Coleman, MD    Ordering provider: Robert Coleman, MD
Authorized by: Robert Coleman, MD
Frequency: Once specify day and time 10/25/17 - 1 Occurrences
Acknowledged: Brandon Rowell, RN 10/25/17 0005 for Placing Order

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Imaging | — | — |

Screening Form

General Information

ForrestHealth ® Marion General Hospital
1560 SUMRALL RD
COLUMBIA MS 39429

Bell, Scott E
MRN: 20070360
DOB: 9/3/1966, Sex: M
Adm. 10/24/2017, D/C 10/25/2017

---

**CT facial bones without contrast [102667739] (continued)**

| | |
|---|---|
| Patient Name: Bell, Scott E | MRN: 20070360 |
| Date of Birth: 9/3/1966 | Home Phone: 757-630-1906 |
| Sex: Male | |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT FACIAL BONES WITHOUT CONTRAST | Robert Coleman, MD ↳601-740-2153 | Robert Coleman, MD ↳601-740-2153 | 10/25/2017 12:25 AM MGH CC CT MGH CC RADIOLOGY |

Screening Form Questions
No questions have been answered for this form.

---

Resulted: 10/25/17 0049, Result status: Final result

**CT facial bones without contrast [102667741]**

Ordering provider: Robert Coleman, MD  10/24/17 2359    Order status: Completed
Resulted by: Juan A Velez, MD                            Performed: 10/25/17 0021 - 10/25/17 0033
Resulting lab: FH POWERSCRIBE
Narrative:
CT OF THE FACIAL BONES WITHOUT CONTRAST

History: Facial trauma injury

Comparison: None

This CT examination was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of the mA and or kv according to patient size, use of iterative reconstruction techniques.

Technique: Noncontrast CT axial images of the facial bones were obtained with coronal and sagittal reformatted images performed.

Findings: Acute minimally displaced fracture of the left nasal bone is seen. There is deviation of the nasal septum towards the right. Acute displaced comminuted fracture of the lateral wall of the left maxillary sinus is seen. A minimally displaced acute fracture of the anterior wall of the left maxillary sinus is seen. The left zygomatic arch is fractured anteriorly and then in the midportion. The left zygomatic fracture is minimally displaced. There is an acute slightly displaced fracture of the floor of the left orbit. Nondisplaced acute fracture of the lateral wall of the left orbit is seen. The medial wall and roof of the left orbit is intact. There is opacification of the left maxillary sinus. There is extensive left preseptal soft tissue swelling which extends below the left orbit and left cheek.

Impression:

Acute fractures of the medial and lateral wall of the left maxillary sinus

Acute fractures of the floor and lateral wall of the left orbit

Effective Dose 2 mSv

This report was signed by Juan Velez MD on 10/25/2017 12:49 AM.

---

ForrestHealth ®   1560 SUMRALL RD
MRN: 20070360
DOB: 9/3/1966, Sex M
Adm. 10/24/2017, D/C 10/25/2017

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Imaging | — | 10/25/17 0038 |

## CT head without contrast [102667748]

Electronically signed by: **Michael Farmer, DO** on 10/25/17 0634                                              Status: **Completed**
Ordering user: Michael Farmer, DO                                    Ordering provider: Michael Farmer, DO
Authorized by: Michael Farmer, DO
Frequency: Once specify day and time 10/25/17 0635 – 1 Occurrences
Acknowledged: Sydney Dawkins, RN 10/25/17 0641 for Placing Order

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Imaging | — | — |

Screening Form

General Information

| Patient Name: Bell, Scott E | | MRN: 20070360 | |
|---|---|---|---|
| Date of Birth: 9/3/1966 | | Home Phone: 757-630-1906 | |
| Sex: Male | | | |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT HEAD WO CONTRAST | Michael Farmer, DO ☏601-288-2100 | Michael Farmer, DO ☏601-288-2100 | 10/25/2017  6:50 AM FGH CT1 FGH RADIOLOGY CT SCAN |

Screening Form Questions

No questions have been answered for this form.

CT head without contrast [102667749]                    Resulted: 10/25/17 0712, Result status: Final result

Ordering provider: Michael Farmer, DO  10/25/17 0634              Order status:  Completed
Resulted by:  Thomas P Cole, MD                                   Performed:  10/25/17 0656 – 10/25/17 0702
Resulting lab: FH POWERSCRIBE
Narrative:
CT HEAD WITHOUT CONTRAST.

HISTORY:  head trauma.

TECHNIQUE:  CT of the head without contrast.  Patient was scanned twice secondary to motion COMPARISON: No

FINDINGS:  The ventricular system is normal in size and configuration. No blood products, masses, areas of edema or acute ischemic changes are identified.  Extensive edema in the left face with fracture of left zygomatic arch, posterior lateral wall left maxillary sinus and left orbital floor. Fracture of left nasal bone. Visualized pterygoids and temporomandibular joints are unremarkable. Globes are intact. Mastoid air cells and calvarium are unremarkable.

IMPRESSION:

1. No acute intracranial abnormality.

Forresthealth    Forrest General Hospital
6051 US HIGHWAY 49
HATTIESBURG MS 39401-7243

Doe, John L
MRN: 20070360
DOB: 9/3/1966, Age: 51
Adm. 10/25/2017, D/C 10/25/2017

2. Extensive left facial fractures including the left orbital floor fracture

Effective Dose 4.4 mSv

This CT examination was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of the mA and or kv according to patient size, use of iterative reconstruction techniques.

Impression:
This report was signed by Thomas Cole MD on 10/25/2017 7:12 AM.

Specimen Information

| Type | Source | Collected By |
|------|--------|--------------|
| Imaging | — | 10/25/17 0649 |

## END OF REPORT



**MARION**
GENERAL HOSPITAL
Forrest Health®

10/26/2017

**Guarantor:**

| |
|---|
| Scott E Bell |
| 1202 Pine Court |
| COLUMBIA, MS 39429 |

**Service Location:** Marion General Hospital

**Insurance Coverage on File:**ACI LIABILITY - ACI LIABILITY

**Current Account Balance:** 1,992.00

**This is not a bill. This is an itemization of hospital services for:**

| Patient: | Hospital Account: | Admission Date: | Discharge Date: |
|---|---|---|---|
| Bell,Scott E | 40000031201 | 10/24/17 | 10/25/17 |

Charges

| Date | RevCode | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/25/17 | 0636 | J1885 | KETOROLAC 30 MG/ML SOLN | 4 | 78.00 |
| 10/25/17 | 0351 | 35110007 | HB CT MAX-FACIAL W/O CO | 1 | 1,751.00 |
| 10/25/17 | 0300 | 30016393 | HB PRO TIME | 1 | 20.00 |
| 10/25/17 | 0300 | 30016394 | HB PTT-PARTIAL THROMB T | 1 | 25.00 |
| 10/25/17 | 0300 | 30016000 | HB PHLEBOTOMY FEE | 1 | 14.00 |
| 10/25/17 | 0300 | 30016004 | HB BASIC METABOLIC PROFILE | 1 | 74.00 |
| 10/25/17 | 0300 | 30016002 | HB CBC W/AUTO DIFF | 1 | 30.00 |

Total charges:                                                    1,992.00
Total payments and adjustments:

**For questions regarding this itemization,please contact Patient Financial Services Customer Service at (601)288-2032.**

**Forrest General Hospital**

# Results

Ethanol (Order 102667757)

## Collection Information

Specimen ID: 17M-300C0065
Collected: 10/25/2017 1:09 AM
      ROWELL, BRANDON
Received: 10/27/2017 2:53 PM

**Blood**
Resulting Agency: MGH CC LAB
      1560 Sumrall Rd
      COLUMBIA MS 39429

## Comments

Run with blood drawn 10/25/17

## ⚗ Ethanol

Status: Final result   Visible to patient: No (Not Released) Next appt: None

Order: 102667757

|  | Ref Range & Units | 10/25/17 0109 |
|---|---|---|
| Ethanol Lvl | <=20 mg/dL | <20 |
| Ethanol Screen, Serum | None Detected | None Detected |
| Resulting Agency |  | MGHCC |
| Specimen Collected: 10/25/17 01:09 | Last Resulted: 10/27/17 15:06 | Order Details Lab and Collection Details Routing Result History |

## Other Results from 10/24/2017

### CBC auto differential

Status: Final result   Visible to patient: No (Not Released) Next appt: None

Order: 102667745

|  | Ref Range & Units | 10/25/17 0109 |
|---|---|---|
| WBC | 4.8 - 10.8 bil/L | 14.3 ⚠ |
| RBC | 4.50 - 6.00 tril/L | 5.56 |
| Hemoglobin | 14.0 - 16.5 g/dL | 16.8 ⚠ |
| Hematocrit | 42.0 - 52.0 % | 48.8 |
| MCV | 81 - 97 fL | 88 |
| MCH | 27 - 32 pg | 30 |
| MCHC | 32 - 36 g/dL | 34 |
| RDW | 11.5 - 14.5 % | 14.4 |
| Platelet Count-Automated | 150 - 400 bil/L | 232 |
| MPV | 7.4 - 10.4 fL | 8.2 |
| Granulocyte Relative | 42.2 - 75.2 % | 80.8 ⚠ |
| Lymphocytes Relative | 20.5 - 51.1 % | 10.0 ⚠ |
| Monocytes Relative | 1.7 - 9.3 % | 8.6 |
| Eosinophils Relative | .0-<5.0 % | 0.4 |
| Basophils Relative | .0-<5.0 % | 0.2 |
| Granulocytes Absolute | 1.4 - 6.5 K/uL | 11.5 ⚠ |
| Lymphocyte Absolute | 1.2 - 3.4 K/uL | 1.4 |
| Monocyte Absolute | 0.11 - 0.59 K/uL | 1.20 ⚠ |

# Results

Drug screen, basic, serum (Order 102667758)

## Collection Information

Specimen ID: 17R-300R0044
Collected: 10/25/2017  1:09 AM
ROWELL, BRANDON
Received: 10/31/2017  2:06 AM

Blood
Resulting Agency: FGH QUEST
19225 Newbrook Drive
Chantilly VA 20153-0841

## Comments

Run with blood drawn 10/25/17

## Drug screen, basic, serum

Status: Final result  Visible to patient: No (Not Released) Next appt: None

Order: 102667758

|  | 10/25/17 0109 |
|---|---|
| Carboxy THC GC/MS Conf. | negative |
| Amphetamines | negative |
| Cocaine Metabolite | negative |
| Opiates | negative |
| Phencyclidine | negative |

Comments:
The submitted serum specimen was tested at the
listed immunoassay screen cutoffs (ng/mL).

| Drug Class | Initial Test Level |
|---|---|
| Marijuana | 30 |
| Amphetamines | 100 |
| Cocaine metabolite | 100 |
| Opiates | 100 |
| PCP (Phencyclidine) | 10 |

PLEASE READ THIS IMPORTANT MESSAGE:

THIS DRUG SCREEN IS FOR MEDICAL USE ONLY. THE
RESULTS ARE PRESUMPTIVE; BASED ONLY ON SCREENING
METHODS AND THEY HAVE NOT BEEN CONFIRMED BY A
SECOND INDEPENDENT METHOD. THESE RESULTS SHOULD
BE USED ONLY BY PHYSICIANS TO RENDER DIAGNOSIS OR
TREATMENT, OR TO MONITOR PROGRESS OF MEDICAL
CONDITIONS.

Resulting Agency    QST

Case: 46Cl1:18-cv-00133-AM    Document #: 1    Filed: 04/19/2018    Page 69 of 72

## Narrative

Performing Organization Information:
```
    Site ID: AMD
    Name: QUEST DIAGNOSTICS INCORPORATED
    Address: NICHOLS INSTITUTE, 14225 NEWBROOK DR CHANTILLY, VA 20151
    Director: Patrick W Mason, M.D., Ph.D.
```

| Specimen Collected: 10/25/17 01:09 | Last Resulted: 11/05/17 07:53 | Order Details Lab and Collection Details Routing Result History |
|---|---|---|

## Other Results from 10/24/2017

### CBC auto differential                                                      Order: 102667745

Status: Final result   Visible to patient: No (Not Released) Next appt: None

|  | Ref Range & Units | 10/25/17 0109 |
|---|---|---|
| WBC | 4.8 - 10.8 bil/L | 14.3 |
| RBC | 4.50 - 6.00 tril/L | 5.56 |
| Hemoglobin | 14.0 - 16.5 g/dL | 16.8 |
| Hematocrit | 42.0 - 52.0 % | 48.8 |
| MCV | 81 - 97 fL | 88 |
| MCH | 27 - 32 pg | 30 |
| MCHC | 32 - 36 g/dL | 34 |
| RDW | 11.5 - 14.5 % | 14.4 |
| Platelet Count-Automated | 150 - 400 bil/L | 232 |
| MPV | 7.4 - 10.4 fL | 8.2 |
| Granulocyte Relative | 42.2 - 75.2 % | 80.8 |
| Lymphocytes Relative | 20.5 - 51.1 % | 10.0 |
| Monocytes Relative | 1.7 - 9.3 % | 8.6 |
| Eosinophils Relative | .0-<5.0 % | 0.4 |
| Basophils Relative | .0-<5.0 % | 0.2 |
| Granulocytes Absolute | 1.4 - 6.5 K/UL | 11.5 |
| Lymphocyte Absolute | 1.2 - 3.4 K/uL | 1.4 |
| Monocyte Absolute | 0.11 - 0.59 K/uL | 1.20 |
| Eosinophils Absolute | 0.00 - 0.70 K/UL | 0.10 |
| Basophils Absolute | 0.00 - 0.20 K/UL | 0.00 |
| ANC | K/uL | 11,500 |
| Nucleated RBCS | /100 | 0 |
| Resulting Agency |  | MGHCC |

| Specimen Collected: 10/25/17 01:09 | Last Resulted: 10/25/17 02:23 | Order Details Lab and Collection Details Routing Result History |
|---|---|---|

### Basic metabolic panel                                                      Order: 102667746

Status: Final result   Visible to patient: No (Not Released) Next appt: None

|  | Ref Range & Units | 10/25/17 0109 |
|---|---|---|
| Sodium | 135 - 145 mmol/L | 140 |

| Potassium | 3.5 - 5.1 mmol/L | 4.0 |
| Chloride | 98 - 107 mmol/L | 102 |
| CO2 | 21 - 32 mmol/L | 22 |
| BUN | 7 - 18 mg/dL | 18 |
| Creatinine | 0.60 - 1.30 mg/dL | 0.73 |
| Glucose | 70 - 110 mg/dL | 144 ⚠ |
| Calcium | 8.5 - 10.1 mg/dL | 9.1 |
| Anion Gap | 3 - 15 mmol/L | 16 ⚠ |
| Osmolality Calc | 275 - 295 mOsmol/kg | 284 |
| BUN/Creatinine Ratio | 8.0 - 23.0 mg/dL | 24.7 ⚠ |
| Non-AF American GFR | >=60 mL/min | >60 |
| AF American GFR | >=60 mL/min | >60 |
| Resulting Agency | | MGHCC |

Narrative

eGFR/eGFRaa is not calculated for individuals under the age of 18 years old or

over the age of 90.

| Specimen Collected: 10/25/17 01:09 | Last Resulted: 10/25/17 02:12 | Order Details Lab and Collection Details Routing Result History |

⚠ PT/PTT

Status: Final result   Visible to patient: No (Not Released) Next appt: None                Order: 102667747

| | Ref Range & Units | 10/25/17 0109 |
| Prothrombin Time | 11.0 - 15.0 seconds | 11.5 |
| INR | 1.0 - 1.3 | 1.0 |
| aPTT | <=40.0 seconds | 26.3 |
| Resulting Agency | | MGHCC |

| Specimen Collected: 10/25/17 01:09 | Last Resulted: 10/25/17 02:17 | Order Details Lab and Collection Details Routing Result History |

⚠ Ethanol

Status: Final result   Visible to patient: No (Not Released) Next appt: None                Order: 102667757

| | Ref Range & Units | 10/25/17 0109 |
| Ethanol Lvl | <=20 mg/dL | <20 |
| Ethanol Screen, Serum | None Detected | None Detected |
| Resulting Agency | | MGHCC |

| Specimen Collected: 10/25/17 01:09 | Last Resulted: 10/27/17 15:06 | Order Details Lab and Collection Details Routing Result History |

## Routing History

| Priority | Sent On | From | To | Message Type |
|---|---|---|---|---|
| 🖼 | 10/25/2017 2:12 AM | Background User Lab | P Mgh Ed Default Results | Results |
| 🖼 | 10/25/2017 12:51 AM | Fgh, Incoming Imaging Orders/Results To Radiant/Cardiant | P Mgh Asap Results Pool | Results |

## Encounter

View Encounter

## Result Information

Status: Final result (Collected: 10/25/2017 01:09)

Provider Status: Open

## External Result Report

External Result Report

## Lab Information

FGH QUEST
19225 Newbrook Drive
Chantilly, Virginia 20153-0841

## Additional Information

| Specimen ID | Bill Type | Client ID |
|---|---|---|
| 17R-300R0044 | Client | 9485 |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Oct 25, 2017 | 1:09 AM | Oct 31, 2017 | 2:06 AM | Nov 5, 2017 | 7:53 AM |

## Other Results from 10/24/2017

| | |
|---|---|
| **CBC auto differential** Final result | 10/25/2017 |
| **Basic metabolic panel** Final result | 10/25/2017 |
| **PT/PTT** Final result | 10/25/2017 |
| **Ethanol** Final result | 10/25/2017 |

# Results

Drug screen, basic, serum (Order 102667758)

## Additional

Details                          Routing

## 11/5/2017  7:00 AM - Fgh, Incoming Lab Results From Quest

Case: 46CI1:18-cv-00133-AM    Document #: 1    Filed: 04/19/2018    Page 72 of 72

## Component Results

Component

Carboxy THC GC/MS Conf.
negative

Amphetamines
negative

Cocaine Metabolite
negative

Opiates
negative

Phencyclidine
negative

Comment:

The submitted serum specimen was tested at the
listed immunoassay screen cutoffs (ng/mL).

|                     | Initial Test |
| Drug Class          | Level        |
|---------------------|--------------|
| Marijuana           | 30           |
| Amphetamines        | 100          |
| Cocaine metabolite  | 100          |
| Opiates             | 100          |
| PCP (Phencyclidine) | 10           |

PLEASE READ THIS IMPORTANT MESSAGE:

THIS DRUG SCREEN IS FOR MEDICAL USE ONLY. THE
RESULTS ARE PRESUMPTIVE; BASED ONLY ON SCREENING
METHODS AND THEY HAVE NOT BEEN CONFIRMED BY A
SECOND INDEPENDENT METHOD. THESE RESULTS SHOULD
BE USED ONLY BY PHYSICIANS TO RENDER DIAGNOSIS OR
TREATMENT, OR TO MONITOR PROGRESS OF MEDICAL
CONDITIONS.

## Narrative

Performing Organization Information:
    Site ID: AMD
    Name: QUEST DIAGNOSTICS INCORPORATED
    Address: NICHOLS INSTITUTE, 14225 NEWBROOK DR CHANTILLY, VA 20151
    Director: Patrick W Mason, M.D., Ph.D.

## Patient Information

| Patient Name | Sex  | DOB       | SSN         |
|--------------|------|-----------|-------------|
| Bell, Scott E | Male | 9/3/1966 | 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 |

Case: 46CI1:18-cv-00133-AM    Document #: 1-1    Filed: 04/19/2018    Page 1 of 2

| **COVER SHEET** | **Court Identification Docket #** | **Case Year** | **Docket Number** |
|---|---|---|---|

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Court Identification Docket #: `46` `15` `CI` | County # | Judicial District | Court ID (CH, CI, CO)

Case Year: `2018`

Docket Number: `133 AM`

Local Docket ID

Date: `04` `19` `18`  Month Date Year
This area to be completed by clerk

`18CV133`
Case Number if filed prior to 1/1/94

Mississippi Supreme Court   Form AOC/01
Administrative Office of Courts   (Rev 2016)

| In the CIRCUIT ☑ | Court of MARION ☑ County — | Judicial District |
|---|---|---|

**Origin of Suit (Place an "X" in one box only)**
- ☒ Initial Filing
- ☐ Reinstated
- ☐ Foreign Judgment Enrolled
- ☐ Transfer from Other court
- ☐ Other
- ☐ Remanded
- ☐ Reopened
- ☐ Joining Suit/Action
- ☐ Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual: Bell | Scott | | E
Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

____ Check ( x ) if individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business

Enter legal name of business, corporation, partnership, agency - if Corporation, indicate the state where incorporated
____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff  1202 Pine Court, Columbia, Marion County, Mississippi

Attorney (Name & Address)  Joseph L. Turner, 716 Main Street, Columbia, Mississippi 39429   MS Bar No. 100903
____ Check ( x ) if individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual: City of Columbia | | | MCb
Last Name | First Name | Maiden Name, if applicable | | Jr/Sr/III/IV

____ Check ( x ) if individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

✓ Check ( x ) if individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

APR 19 2018

Business

Enter legal name of business, corporation, partnership, agency - if Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

JANICE WARD, CLERK
BY _____ D.C.

Attorney (Name & Address) - If Known   MS Bar No.

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors – Non-Domestic | Real Property |
|---|---|---|---|
| ☐ Child Custody/Visitation | ☐ Accounting (Business) | ☐ Adoption - Contested | ☐ Adverse Possession |
| ☐ Child Support | ☐ Business Dissolution | ☐ Adoption - Uncontested | ☐ Ejectment |
| ☐ Contempt | ☐ Debt Collection | ☐ Consent to Abortion | ☐ Eminent Domain |
| ☐ Divorce:Fault | ☐ Employment | ☐ Minor Removal of Minority | ☐ Eviction |
| ☐ Divorce: Irreconcilable Diff. | ☐ Foreign Judgment | ☐ Other ____ | ☐ Judicial Foreclosure |
| ☐ Domestic Abuse | ☐ Garnishment | **Civil Rights** | ☐ Lien Assertion |
| ☐ Emancipation | ☐ Replevin | ☐ Elections | ☐ Partition |
| ☐ Modification | ☐ Other ____ | ☐ Expungement | ☐ Tax Sale: Confirm/Cancel |
| ☐ Paternity | **Probate** | ☐ Habeas Corpus | ☐ Title Boundary or Easement |
| ☐ Property Division | ☐ Accounting (Probate) | ☐ Post Conviction Relief/Prisoner | ☐ Other ____ |
| ☐ Separate Maintenance | ☐ Birth Certificate Correction | ☒ Other 42 U.S..C Sec 1983 | **Torts** |
| ☐ Term. of Parental Rights-Chancery | ☐ Mental Health Commitment | **Contract** | ☐ Bad Faith |
| ☐ UIFSA (eff 7/1/97; formerly URESA) | ☐ Conservatorship | ☐ Breach of Contract | ☐ Fraud |
| ☐ Other ____ | ☐ Guardianship | ☐ Installment Contract | ☐ Intentional Tort |
| **Appeals** | ☐ Heirship | ☐ Insurance | ☐ Loss of Consortium |
| ☐ Administrative Agency | ☐ Intestate Estate | ☐ Specific Performance | ☐ Malpractice - Legal |
| ☐ County Court | ☐ Minor's Settlement | ☐ Other ____ | ☐ Malpractice - Medical |
| ☐ Hardship Petition (Driver License) | ☐ Muniment of Title | **Statutes/Rules** | ☐ Mass Tort |
| ☐ Justice Court | ☐ Name Change | ☐ Bond Validation | ☐ Negligence - General |
| ☐ MS Dept Employment Security | ☐ Testate Estate | ☐ Civil Forfeiture | ☐ Negligence - Motor Vehicle |
| ☐ Municipal Court | ☐ Will Contest | ☐ Declaratory Judgment | ☐ Premises Liability |
| ☐ Other ____ | ☐ Alcohol/Drug Commitment (Voluntary) | ☐ Injunction or Restraining Order | ☐ Product Liability |
| | | ☐ Other ____ | ☐ Subrogation |
| | | | ☐ Wrongful Death |
| | | | ☐ Other ____ |

☐ Alcohol/Drug Commitment (Voluntary)
☐ Other ____

Case: 46CI1:18-cv-00133-AM    Document #: 1-1    Filed: 04/19/2018    Page 2 of 2

IN THE <u>CIRCUIT</u>    ☒ COURT OF <u>MARION</u>    ☒ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____    _____    Docket No. If Filed
　　　　　　 File Yr　　Chronological No.　　Clerk's Local ID    Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of \_\_ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

## Defendant #2:

**Individual:** <u>Columbia Police Department</u> _____ ( _____ ) \_\_\_\_\_ \_\_\_\_\_
　　　　　　　　 Last Name　　　　　　　　 First Name　　 Maiden Name, If Applicable　 Middle Init.　 Jr/Sr/III/IV

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

　　D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)\_\_\_ Not an Attorney(✓)\_\_\_

## Defendant #3:

**Individual:** <u>Cooper</u> _____ <u>Mike</u> _____ ( _____ ) \_\_\_\_\_ \_\_\_\_\_
　　　　　　　　 Last Name　　　　　　　　 First Name　　 Maiden Name, If Applicable　 Middle Init.　 Jr/Sr/III/IV

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

\_\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

　　D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)\_\_\_ Not an Attorney(✓)\_\_\_

## Defendant #4:

**Individual:** <u>Kelly</u> _____ <u>Adam</u> _____ ( _____ ) \_\_\_\_\_ \_\_\_\_\_
　　　　　　　　 Last Name　　　　　　　　 First Name　　 Maiden Name, If Applicable　 Middle Init.　 Jr/Sr/III/IV

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

\_\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

JANETTE NOLAN, CIRCUIT CLERK
　　　　　　　　　　　　　　　　　　　　D.C.

\_\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

　　D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)\_\_\_ Not an Attorney(✓)\_\_\_

Case: 46CI1:18-cv-00133-AM    Document #: 4    Filed: 05/17/2018    Page 1 of 2

## IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**SCOTT E. BELL**                                                      **PLAINTIFF**

**vs.**                                                      **CAUSE NO. 18-cv-133AM**

**CITY OF COLUMBIA; COLUMBIA**
**POLICE DEPARTMENT; CHIEF MIKE**
**COOPER; OFFICER ADAM KELLY AND**
**UNKNOWN DEFENDANTS ABC and XYZ**                **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Officer Adam Kelly - Individually and in his Official Capacity

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to

> Joseph L. Turney, MB # 100903
> JOSEPH L. TURNEY, PLLC
> 716 Main Street
> Columbia, MS 39429
> (601) 731-2098

the attorney for the Plaintiff.  Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this 19th day of April , A. D.,
2018.

**(SEAL)**

Clerk of Marion County, Mississippi

PRESENTED BY:
Joseph L. Turney, MB # 100903
JOSEPH L. TURNEY, PLLC
716 Main Street
Columbia, MS 39429
(601) 731-2098

This is a True Copy
June 1st 20 18
JANETTE NOLAN
CIRCUIT CLERK
D.C.

Case: 46CI1:18-cv-00133-AM    Document #: 4    Filed: 05/17/2018    Page 2 of 2

PROOF OF SERVICE -- SUMMONS

### Officer Adam Kelly - Individually and in his Official Capacity

I, the undersigned process server, served the summons upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

✓ Personal Service. I personally delivered copies to _Adam Kelly_ on the _13_ day of _May_, 2018, where I found said person in _Forrest_ County of the State of Mississippi.

___ Residence Service. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons on the ____ day of _____, 2018, at the usual place of abode of said person by leaving a true copy of the summons with _____, who is the _____, (here insert wife, son, daughter or other person as the case may be), a member of the family of the person served, above the age of sixteen years and willing to receive the summons, and thereafter on the ____ day of _____, 2018, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $ _40.00_

Process Server must list below:  (Please print or type)

Name _James Lewis_
Address _3422 W 7th #B216_
_Hattiesburg MS 39401_
Telephone No.: _(601) 740-1314_
Social
Security No.: _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_

**State of Mississippi**
**County of** _____

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named _James Lewis_, who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me, this the _15th_ day of _May_, 2018.

My Commission Expires:
_11-20-2020_
(SEAL)

_Helen Lawana Manata_
Notary Public

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 47535
HELEN LAWANA MANATA
Commission Expires:
Nov. 20, 2020
MARION COUNTY

Case: 46CI1:18-cv-00133-AM    Document #: 5    Filed: 05/23/2018    Page 1 of 2

## IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**SCOTT E. BELL**                                                      **PLAINTIFF**

**vs.**                                                      **CAUSE NO. 18-cv-133AM**

**CITY OF COLUMBIA; COLUMBIA
POLICE DEPARTMENT; CHIEF MIKE
COOPER; OFFICER ADAM KELLY AND
UNKNOWN DEFENDANTS ABC and XYZ**                     **DEFENDANTS**

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:    City of Columbia - Through Its Registered Agent, City Clerk Donna McKenzie
       201 Second Street, Columbia, Mississippi 39429

<u>NOTICE TO DEFENDANT(S)</u>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to

> Joseph L. Turney, MB # 100903
> JOSEPH L. TURNEY, PLLC
> 716 Main Street
> Columbia, MS 39429
> (601) 731-2098

the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this 19th day of April, A. D.,
2018.

(SEAL)                                    _____
                                          Clerk of Marion County, Mississippi

PRESENTED BY:
Joseph L. Turney, MB # 100903
JOSEPH L. TURNEY, PLLC
716 Main Street
Columbia, MS 39429
(601) 731-2098

This is a True Copy
June 1st 20
JANETTE NOLAN
CIRCUIT CLERK
_____ D.C.

PROOF OF SERVICE -- SUMMONS

### City of Columbia - Through Its Registered Agent, City Clerk Donna McKenzie

I, the undersigned process server, served the summons upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

✓ Personal Service. I personally delivered copies to _Donna McKenzie_ on the _18th_ day of _May_, 2018, where I found said person in _Marion_ County of the State of Mississippi.

___ Residence Service. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons on the _____ day of _____, 2018, at the usual place of abode of said person by leaving a true copy of the summons with _____, who is the _____, (here insert wife, son, daughter or other person as the case may be), a member of the family of the person served, above the age of sixteen years and willing to receive the summons, and thereafter on the _____ day of _____, 2018, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $ _____

Process Server must list below: (Please print or type)

| | |
|---|---|
| Name | _Lance Poirier_ |
| Address | |
| Telephone No.: | _601-731-8297_ |
| Social | |
| Security No.: | |

**State of Mississippi**
**County of** _____

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named _Lance Poirier_, who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me, this the _22_ day of _May_, 2018.

My Commission Expires: _1-1-2020_

_____
Notary Public

(SEAL)

## IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**SCOTT E. BELL**                                                   **PLAINTIFF**

vs.                                                  **CAUSE NO. 18-cv-133AM**

**CITY OF COLUMBIA; COLUMBIA
POLICE DEPARTMENT; CHIEF MIKE
COOPER; OFFICER ADAM KELLY AND
UNKNOWN DEFENDANTS ABC and XYZ                      DEFENDANTS**

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:    Columbia Police Department - Through Its Registered Agent, Chief Michael Kelly
       205 Second Street, Columbia, Mississippi 39429

<u>NOTICE TO DEFENDANT(S)</u>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to

Joseph L. Turney, MB # 100903
JOSEPH L. TURNEY, PLLC
716 Main Street
Columbia, MS 39429
(601) 731-2098

the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this 19th day of April, A. D.,
2018.

(SEAL)                                   Clerk of Marion County, Mississippi

PRESENTED BY:
Joseph L. Turney, MB # 100903
JOSEPH L. TURNEY, PLLC
716 Main Street
Columbia, MS 39429
(601) 731-2098

This is a True Copy
June 1st 20
JANETTE NOLAN
CIRCUIT CLERK
D.C.

PROOF OF SERVICE -- SUMMONS

Columbia Police Department - Through Its Registered Agent, Chief Michael Kelly

I, the undersigned process server, served the summons upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

✓ Personal Service. I personally delivered copies to _Michael Kelly_ on the _18th_ day of _May_, 2018, where I found said person in _Marion_ County of the State of Mississippi.

__ Residence Service. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons on the _____ day of _____, 2018, at the usual place of abode of said person by leaving a true copy of the summons with _____, who is the _____, (here insert wife, son, daughter or other person as the case may be), a member of the family of the person served, above the age of sixteen years and willing to receive the summons, and thereafter on the _____ day of _____, 2018, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $ _____

Process Server must list below:  (Please print or type)

Name          _Lance Porter_
Address       _____
              _____

Telephone No.:  _601-731-8297_
Social
Security No.:   _____

**State of Mississippi**
**County of** _Marion_

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named _Lance Porter_, who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me, this the _____ day of _May_, 2018.

My Commission Expires:
_1-1-2070_

(SEAL)

_____
Notary Public

## IN THE CIRCUIT COURT OF MARION COUNTY, MISSISSIPPI

**SCOTT E. BELL**                                                                    **PLAINTIFF**

vs.                                                                    **CAUSE NO. 18-cv-133AM**

**CITY OF COLUMBIA; COLUMBIA**
**POLICE DEPARTMENT; CHIEF MIKE**
**COOPER; OFFICER ADAM KELLY AND**
**UNKNOWN DEFENDANTS ABC and XYZ**                      **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Chief Mike Cooper - Individually and in his Official Capacity

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to

> Joseph L. Turney, MB # 100903
> JOSEPH L. TURNEY, PLLC
> 716 Main Street
> Columbia, MS 39429
> (601) 731-2098

the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this 19th day of April, A. D.,
2018.

(SEAL)

                                            Clerk of Marion County, Mississippi

PRESENTED BY:
Joseph L. Turney, MB # 100903
JOSEPH L. TURNEY, PLLC
716 Main Street
Columbia, MS 39429
(601) 731-2098

This is a True Copy
June 1st 20
JANETTE NOLAN
CIRCUIT CLERK
D.C.

PROOF OF SERVICE -- SUMMONS

Chief Mike Cooper - Individually and in his Official Capacity

I, the undersigned process server, served the summons upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

✓Personal Service. I personally delivered copies to _Mike      Cooper_____ on the _22nd_ day of _May_____, 2018, where I found said person in _Marion_____ County of the State of Mississippi.

__ Residence Service. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons on the _____ day of _____, 2018, at the usual place of abode of said person by leaving a true copy of the summons with _____, who is the _____, (here insert wife, son, daughter or other person as the case may be), a member of the family of the person served, above the age of sixteen years and willing to receive the summons, and thereafter on the _____ day of _____, 2018, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $ _____

Process Server must list below:  (Please print or type)

Name         _Lance Porter_____
Address      _____

Telephone No.:   _601 - 731 - 8297_____
Social
Security No.:    _____

**State of Mississippi**
**County of** _Marion_

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named _Lance Porter_____, who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Lance Porter_____
Process Server Signature

Sworn to and subscribed before me, this the _22nd_ day of _May_____, 2018.

My Commission Expires:
_1-1-2020_
(SEAL)

_Ann Barnes Chancery Clerk_
Notary Public
by
_Carol M. Allen_