UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SCOTT E. BELL                                        PLAINTIFF

VS.                                          CIVIL ACTION NO. 2:18-cv-102-MTP

CITY OF COLUMBIA; COLUMBIA
POLICE DEPARTMENT; CHIEF MIKE
COOPER; OFFICER ADAM KELLY AND
UNKNOWN DEFENDANTS ABC AND XYZ                  DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

ON THIS DAY, this civil action came on for consideration by the Court, and the parties, through their representative attorneys of record, having announced that the above styled and numbered action, Civil Action No. 2:18-cv-102-KS-MTP, has been compromised and settled as to all claims, and this Court finds that said civil action, Civil Action No. 2:18-cv-102-KS-MTP, should, accordingly, be dismissed with full prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered action, Civil Action No.2:18-cv-102-KS-MTP, be and the same is hereby dismissed with full prejudice with each party to bear its respective costs.

SO ORDERED AND ADJUDGED on this the 11 day of MARCH, A. D., 2019.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

_____
Attorney for Plaintiff

_____
Attorney for Defendants

Prepared by:

Lawrence E. Hahn, MB No. 8954
McNeese & Hahn, PLLC
338 Church Street
P. O. Drawer 948
Columbia, MS 39429
(601) 731-5020